# Exhibit B

 An official website of the United States government
Here's how you know

**MENU**

**U.S. DEPARTMENT OF STATE**

**Directorate of Defense Trade Controls**

Provide Feedback

# DDTC Mission:

Ensuring commercial exports of defense articles and defense services are consistent with U.S. national security and foreign policy objectives.

## Learn About Export Regulations

Read about the laws and regulations that govern Defense Trade, including the Arms Export Control Act (AECA), the ITAR, and the United States Munitions List (USML).

Find out if you need to Register

Review the ITAR

Request a Commodity Jurisdiction (CJ)

## Export Your Goods/Services

Access the ways you conduct Defense Trade activities, including Registration, Licenses, Agreements, and

their associated online systems.

Register your Business

Go to DTrade Portal

Apply for Licenses or Agreements

Access DTAS & DECCS Systems

## Get Help from DDTC

Learn all the ways we can help you or your organization to meet any of your specific needs with regards to conducting Defense Trade.

Contact Us

Review FAQs

DDTC Outreach Opportunities

# The Defense Trade Advisory Group (DTAG)

**Providing a formal channel for regular consultation and coordination with U.S. private sector defense exporters and defense trade specialists.**

**Learn about DTAG**

**See the latest from DTAG**

# Announcements

**Upcoming**

EVENT: **IN-HOUSE SEMINARS**

08/10/18 - 09/19/18

## DDTC In-House Seminar

Registration for The Directorate of Defense Trade Controls (DDTC) In-House Seminar for Wednesday, September 19th, 2018 opens August 10th and closes August 31st. Attendees will be identified on a first-come, first-serve basis. Preference will be given to new registrants and small-businesses. A completed registration form must be sent to the DDTC In-House Seminar email, as an attachment, DDTCInHouseSeminars@state.gov.

For more information, please visit the DDTC Outreach Programs page and click the "In-House Seminars" tab.

**Today**

NOTICE

05/31/18 - 08/31/18

## Temporary Extension on May 31, 2018 and June 30, 2018 Expirations

DDTC has determined that a system issue prevented registration reminder letters for Tier 1 registrants with expirations of May 31, 2018 and June 30, 2018 from being sent out at least 60 days prior to expiration. The issue has been resolved. To ensure registrants are not adversely affected, DDTC has temporarily extended May 31, 2018, expirations to July 31, 2018, and June 30, 2018, expirations to August 31, 2018. Please note that registration submissions still need to be made at least 30 days in advance of the expiration of the temporary extension to ensure a lapse in registration does not occur. Properly renewed registrations affected by this issue will reflect either a May or June 2019 expiration, unless a lapse occurs. Questions regarding registration status as a result of this issue should be directed to the DDTC Response Team.

**Previous**

NOTICE: GENERAL

NOTICE: **GENERAL**

07/27/18

## Temporary Modification of Category I of the United States Munitions List

Consistent with the International Traffic in Arms Regulations (ITAR), 22 C.F.R. § 126.2, the Acting Deputy Assistant Secretary for Defense Trade Controls has determined that it is in the interest of the security and foreign policy of the United States to temporarily modify United States Munitions List (USML) Category I to exclude the following technical data identified in the Settlement Agreement for the matter of Defense Distributed, et al., v. U.S. Department of State, et al, Case No. 15-cv-372-RP (W.D. Tex.) (hereinafter "Defense Distributed"):

- "Published Files," i.e., the files described in paragraph 25 of the Second Amended Complaint in Defense Distributed.
- "Ghost Gunner Files," i.e., the files described in paragraph 36 of the Second Amended Complaint in Defense Distributed.
- "CAD Files," i.e., the files described in paragraph 40 of the Second Amended Complaint in Defense Distributed.
- "Other Files," i.e., the files described in paragraphs 44-45 of the Second Amended Complaint in Defense Distributed, insofar as those files regard items exclusively: (a) in Category I(a) of the USML, as well as barrels and receivers covered by Category I(g) of the USML that are components of such items; or (b) items covered by Category I(h) of the USML solely by reference to Category I(a), excluding Military Equipment. Military Equipment means (1) Drum and other magazines for firearms to .50 caliber (12.7 mm) inclusive with a capacity greater than 50 rounds, regardless of jurisdiction of the firearm, and specially designed parts and components therefor; (2) Parts and components specially designed for conversion of a semi-automatic firearm to a fully automatic firearm; (3) Accessories or attachments specially designed to automatically stabilize aim (other than gun rests) or for automatic targeting, and specially designed parts and components therefor.

This temporary modification will remain in effect while the final rule referenced in paragraph 1(a) of the Settlement Agreement is in development.
Please see the Settlement Agreement and the Second Amended Compliant for additional information.

---

NOTICE: **GENERAL**

07/25/18

## Public Comments on USML Categories I–III