# Exhibit F

7/29/2018     LA City Attorney on Twitter: "City Atty Mike Feuer & @ManhattanDA Cyrus Vance, Jr. to @StateDept: NO #DIY#guns! #gunviolence #GunControl …

Case 1:23-cv-00849-EGB    Document 1-7    Filed 07/29/18    Page 2 of 2



**LA City Attorney**
@CityAttorneyLA

Follow

City Atty Mike Feuer & @ManhattanDA Cyrus Vance, Jr. to @StateDept:  NO #DIY #guns! #gunviolence #GunControl #gunsense
goo.gl/L377y3 @ProsecutorsAGV

"Invisible to metal detectors, these plastic guns could easily be smuggled onto airplanes, and into concerts, festivals and government buildings. No one is safer if criminals can print untraceable guns on demand."

Mike Feuer, LA City Attorney and
Cyrus Vance, Jr., Manhattan District Attorney
Co-Chairs - Prosecutors Against Gun Violence

9:37 AM - 28 Jul 2018

**6** Retweets  **14** Likes

💬 1    ⟲ 6    14

© 2018 Twitter   About   Help Center   Terms   Privacy policy   Cookies   Ads info