

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MAURA HEALEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

August 10, 2018.

The Honorable Mike Pompeo
Secretary of State
U.S. Department of State
2201 C Street, NW
Washington, DC 20520

The Honorable Jeff Sessions
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dear Secretary Pompeo and Attorney General Sessions,

We, the undersigned Attorneys General, write to follow up on our letter dated July 30, 2018, in which we expressed our grave concerns about the Department of State's settlement with Defense Distributed. Since writing to you last week, there have been significant developments, both in and out of court, yet we have not heard from either of you about your willingness to confront the urgent public safety risk posed by firearms that can be generated by use of a 3D printer.

As you know, following execution of the settlement agreement with the Department of State, Defense Distributed posted several downloadable 3D gun files on its website, including files that had been previously identified as subject to the controls of the International Traffic in Arms Regulations. These files remained online even after the Attorneys General of New Jersey and Pennsylvania instituted enforcement actions against Defense Distributed under federal and state law. Only after a coalition of nine state attorneys general, led by the Attorney General of Washington state, and now joined by 11 additional state attorneys general, secured a temporary restraining order from the U.S. District Court in the Western District of Washington were the files removed from Defense Distributed's website. However, soon after their removal by Defense Distributed, the files re-appeared on other websites.

This is a manufactured crisis. The Department of State had won every stage of its litigation with Defense Distributed, yet conceded the case without consulting with Congress or the Department of Defense, as it was required to do, let alone with the White House. Now, the Department of State's inexplicable settlement with Defense Distributed has put lives at risk, including those of our law enforcement officers. As we mentioned in our prior letter, terrorists, criminals, and other individuals seeking to do harm now have access to the technical specifications necessary to print and manufacture dangerous firearms. Some of these weapons may even be undetectable by x-ray machines and magnetometers in places like airports, courthouses, and other government buildings; they are also untraceable by law enforcement. The federal government's actions have made it easier for violent criminals, transnational gangs, and other bad actors to develop, acquire, and conceal firearms, in violation of state and federal laws.

Communications from the White House have indicated that the Administration is reconsidering the wisdom of its handling of the Defense Distributed case. However, we have seen no evidence of any change in course to date. We are not aware of any efforts by the federal government to remove these and other downloadable 3D gun files from the Internet or to enforce federal law against those who have illegally posted these files. We will continue to do what lies within our authority to confront this public safety risk head on. Your swift action is needed as well.

We urge the Department of State to take immediate steps to ensure compliance with the Arms Export Control Act and International Traffic in Arms Regulations. There is no time to waste.

Sincerely,

Maura Healey
Attorney General of Massachusetts

Xavier Becerra
Attorney General of California

Cynthia Coffman
Attorney General of Colorado

George Jepsen
Attorney General of Connecticut

Matthew P. Denn
Attorney General of Delaware

Karl A. Racine
Attorney General of the District of Columbia

Russell A. Suzuki
Attorney General of Hawaii

Lisa M. Madigan
Attorney General of Illinois

Thomas J. Miller
Attorney General of Iowa

Janet T. Mills
Attorney General of Maine

Brian E. Frosh
Attorney General of Maryland

Lori Swanson
Attorney General of Minnesota

Gurbir S. Grewal
Attorney General of New Jersey

Hector Balderas
Attorney General of New Mexico

Barbara D. Underwood
Attorney General of New York

Joshua H. Stein
Attorney General of North Carolina

Ellen Rosenblum
Attorney General of Oregon

Josh Shapiro
Attorney General of Pennsylvania

Peter F. Kilmartin
Attorney General of Rhode Island

Thomas J. Donovan, Jr.
Attorney General of Vermont

Mark R. Herring
Attorney General of Virginia

Bob Ferguson
Attorney General of Washington

Cc:     Stuart J. Robinson

3