# EXHIBIT B

# Appendix 1

## DEFCAD File Summary



# AR-15 Assembly

# GrabCAD



**AR-15 M16 A1**




boaz
January 13th, 2013

# CNCGuns



# VZ. 58 Assembly

# GrabCAD





# AR-10 Assembly

# GrabCAD



# Liberator Pistol Assembly

# GrabCAD



**LIBERATOR GUNS FULL**



**Juan Fco**
March 1st, 2015



# Beretta M9 Assembly

# GrabCAD



# 1911 Assembly

# GrabCAD



## Colt M1911 A1



**Milos Golijanin**
September 24th, 2017



# CNCGuns



# 10/22 Assembly

# GrabCAD



# CNCGuns



# 308 80% (AR-10) Lower Model

# CNCGuns



# AR-15 80% Lower Model

# GrabCAD





# CNCGuns

# See Above

# <u>Appendix 2</u>

## Other Files and Printables

# g-code Files (like Ghost Gunner files)







# Printable Gun Files
# And MegaPack





## FOSSCAD MEGA PACK v4.8 (Ishikawa) Album
by **maduece**   Apr 14 2016

Next Post

### FOSSCAD: Caleb AR-10 Lower Receiver

This is an AR-10 receiver. It will not work with AR-15 uppers. It is DPMS pattern. Bolt hold open has been deleted on this lower receiver, so any AR-15 lower parts kit can be used to build it out. Ensure any parts kit installed has been rated for AR-10 use.

FOSSCAD: Nephilim AR-10 Lower Receiver v2.0



## FOSSCAD MEGA PACK v4.8 (Ishikawa) Album
by **maduece**   Apr 14 2016

Next Post >

**FOSSCAD: PM422 Songbird .22LR Pistol**

This is a single-shot, single-action 3d-printed pistol chambered in .22LR. It operates under a principle wherein the frame holds the barrel in compression axially and prevents the barrel layers from separating. This allows the barrel to be smaller in diameter than previous, unsupported designs. 100% printed barrels are not intended to have a long service life.



