IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) | |
| *Plaintiffs,* | ) ) ) | Case No. 1:18-CV-637 |
| vs. | ) ) | |
| GURBIR S. GREWAL, in his official capacity as New Jersey Attorney General, et al. | ) ) ) | |
| *Defendants.* | ) | |

**PROPOSED ORDER**

The Court, having reviewed Defendant Gurbir S. Grewal ("NJAG")'s Motion for Extension of Page Limits hereby enters the following orders as follows.

The Motion for Extension of Page Limits is **GRANTED**.

Defendant NJAG's Motion to Sever and to Transfer Venue may be up to 20 pages in length, excluding the caption and any tables of contents or authorities. Plaintiffs response to Defendant NJAG's Motion to Sever and to Transfer may be up to 20 pages in length, excluding the caption and any tables of contents or authorities. And any reply NJAG files in support of its Motion to Sever and to Transfer Venue may be up to 10 pages in length, excluding the caption and any tables of contents or authorities.

It is so ORDERED.

2

SIGNED ON _____

_____
Robert Pitman
United States District Judge