

**BY FEDERAL EXPRESS**
ADVANCE COPY BY ELECTRONIC MAIL
(whs.pentagon.esd.mbx.secrev@mail.mil)

September 25, 2014

Department of Defense
Office of Security Review
2A534, Pentagon
Washington DC 20301-1155


Subject:     **Request for OSR Review Website Content**


Dear Department Representative:

This is a request for review under ITAR Section 125.4(b)(13) and DoDD 5230.29.

Accompanying this letter please find the documents for review. They consist of two (2) screenshots of an ecommerce site for a CNC product, some technical specifications and descriptions, and seven (7) images of the product in various modes of display. These documents are also attached to the email transmitting and this advance copy letter.

The original of this letter, five (5) CD-ROMs containing the electronic files, and five (5) unbound copies of the documents for review, are being sent contemporaneously herewith by Federal Express.

These documents were created by Cody Wilson, who is an employee of Defense Distributed. Defense Distributed is a Texas corporation. It is registered with the Department of State as a Defense Article Manufacturer under registration number M-34702.

The information contained in the documents is NOT company proprietary, was NOT developed under any U.S. Government contract, and is NOT subject to any government contract restrictions on dissemination.

I expect to publish the documents on a Defense Distributed owned website on or about October 1, 2014. OSR review of the documents is therefore needed before September 30, 2014, but review after this time is acceptable in lieu of return without action.

Response by email to me at crw@defdist.org is preferred. If mailing the response, the address for mailing is: 1101 West 34th St., #340, Austin, Texas 78705.

DefDist | 1101 W 34th St. # 340 Austin, TX 78705 | DefDist.org

Office of Security Review
Page 1 of 2

14 - S - 2590

Scanned by CamScanner



Thank you for your consideration in the matter.  I can be reached at (501) 743-9680 with any questions, comments or concerns.

Sincerely,


Cody R. Wilson
Director
Defense Distributed, Inc.


Att./Encl.:

PDF Files of Ghostgunner.net website

Scanned by CamScanner