

**BY FEDERAL EXPRESS**
ADVANCE COPY BY ELECTRONIC MAIL
(whs.pentagon.esd.mbx.secrev@mail.mil)

October 23, 2014

Defense Office of Prepublication and Security Review
Room 2A534
1155 Defense Pentagon
Washington DC 20301-1155

**Subject:        Request for OSR Review of AR-15 Lower Receiver Documents (C)**

Dear Department Representative:

This is a request for review under ITAR Section 125.4(b)(13) and DoDD 5230.29.

Accompanying this letter please find the documents for review.  They consist of two (2) electronic files (.STP, and .STL formats) for a lower receiver to the AR-15 rifle and five (5) rendered images of the electronic files.  These documents are also attached to the email transmitting and this advance copy letter.

The original of this letter, five (5) CD-ROMs containing the electronic files, and five (5) unbound copies of the rendered images for review, are being sent contemporaneously herewith by Federal Express.

The electronic files are Computer Assisted Drafting ("CAD") files that can be used with a 3D printer or a computer numerical control machine to produce the hardware depicted in the rendered images of the electronic files.

These documents were created by John Sullivan, who is an employee of Defense Distributed.  Defense Distributed is a Texas corporation.  It is registered with the Department of State as a Defense Article Manufacturer under registration number M-34702.

The information contained in the documents is NOT company proprietary, was NOT developed under any U.S. Government contract, and is NOT subject to any government contract restrictions on dissemination.

These documents are NOT in the public domain.  However, public release of the information contained in documents will not harm national security because design



specifications containing similar information and similar CAD files for AR-15 lower receivers are already publicly available online.

.STP and/or .STL files for AR-15 lower receivers are already publicly available for download at a variety of web addresses, to include the following:

www.3dcadbrowser.com/download.aspx?3dmodel=42013
http://grabcad.com/library/ar-15-lower-receiver
http://grabcad.com/library/a-printable-ar15-lower-receiver
https://grabcad.com/library/ar15-lower-concept-1
http://grabcad.com/library/ar-15-lower-receiver

Other CAD file formats for lower receivers to the AR-15 are also publicly available online at web addresses, to include the following:

www.3dcadbrowser.com/download.aspx?3dmodel=42013
www.cncguns.com/downloads.html

In addition, detailed design specifications for AR-15 lower receivers are also available online from a variety of sources, to include the following:

www.homegunsmith.com/archive/T6215.html
www.ar15.com/archive/topic.html?b=3&f=4&t=619878
www.advancedrifles.com/build-it-yourself
www.biggerhammer.net/ar15/cad/

I expect to publish the documents on the Defense Distributed website on or about October 1, 2014. OSR review of the documents is therefore needed before November 3, 2014, but review after this time is acceptable in lieu of return without action.

Response by email to me at crw@defdist.org is preferred. If mailing the response, the address for mailing is: 1101 West 34th St., #340, Austin, Texas 78705.

Thank you for your consideration in the matter. I can be reached at (501) 743-9680 with any questions, comments or concerns.

Sincerely,

Cody R. Wilson
Director
Defense Distributed, Inc.

Scanned by CamScanner



Att./Encl.:

    .STP Electronic File for AR-15 Lower Receiver (Collapsible Stock) (CD-ROM)
    .STL Electronic File for AR-15 Lower Receiver (Collapsible Stock) (CD-ROM)
    5 Rendered Images of .STP and .STL files