An official website of the United States government
Here's how you know

MENU

**U.S. DEPARTMENT OF STATE**

**Directorate of Defense Trade Controls**

# News & Events

# News & Events

03/07/20 9:05 EST

## Court Ordered Injunction Pertaining to Revisions to the U.S. Munitions List Categories I, II, and III

On March 6, 2020 a federal district court issued an "Order Granting in Part Plaintiff States' Motion for Preliminary Injunction."  This court order states that the Department of State is enjoined "from implementing or enforcing the regulation entitled International Traffic In Arms Regulations: U.S. Munitions List Categories I, II, and III, 85 Fed. Reg. 3819 (Jan. 23, 2020) insofar as it alters the status quo restrictions on technical data and software directly related to the production of firearm or firearm parts using a 3D-printer or similar equipment."  The Department of State is complying with the terms of this order and will provide further guidance on the DDTC website, as appropriate.

The court order partially enjoins the final rule issued by the Department of State on January 23, 2020 State Rule revising export controls on certain firearms, ammunitions, and related items.  The order has the effect of maintaining on the U.S. Munitions List (USML) "technical data and software directly related to the production of firearm and firearm parts using a 3D-printer or similar equipment."  Persons engaging in activities controlled under the International Traffic in Arms Regulations (ITAR) related to such technical data and software must continue to comply with all ITAR requirements.  The transfer of jurisdiction over all other items that the Department of State's final rule removes from the USML and the Department of Commerce's companion final rule adds to the Commerce Control List (CCL) will take effect on March 9, 2020.

The "State Transition Guidance for Revisions to Categories I, II, and III" Transition Guidance issued on January 23, 2020 remains applicable to all items that are transferring to the Department of Commerce's jurisdiction pursuant to these final rules.  For questions pertaining to items now subject to the Department of Commerce's controls, please contact the Department of Commerce, Bureau of Industry and Security BIS website.

Bureau of Industry and Security BIS website.

Background:

On January 23, 2020, the Department of State published a final rule in the Federal Register at 85 Fed. Reg. 3819 that amends the International Traffic in Arms Regulations (ITAR) to revise Categories I, II, and III of the USML and remove certain items that no longer warrant control.  On the same date, the Department of Commerce published a companion final rule in the Federal Register at 85 Fed. Reg. 4136 that makes conforming changes to the Export Administration Regulations (EAR) to control the items removed from the USML.  Both final rules set an effective date of March 9, 2020.

On January 23, 2020, several U.S. States filed a lawsuit in the United States District Court for the Western District of Washington (Civil Action No. 2:20-cv-00111) seeking a court order to prohibit the Departments of State and Commerce from implementing or enforcing the final rules. Plaintiff States subsequently filed a motion for a preliminary injunction.  As described above, on March 6, 2020, the District Court issued an order partially enjoining the Department of State's final rule.

**Previous**

EVENT: **IN-HOUSE SEMINARS**

03/04/20

## DDTC In-House Seminar on April 8, 2020

Please be advised due to scheduling conflicts; the DDTC In-House Seminar scheduled for April 8, 2020, has been rescheduled for April 29, 2020. Registration will be extended by one additional week and will remain "first come, first serve" for attendance of the seminar. If additional information is required, please do not hesitate to contact us at DDTCInHouseSeminars@state.gov.

NOTICE: **IT SYSTEMS**

03/03/20

## Outage Notice

The Registration and Licensing applications within the Defense Export Control and Compliance (DECCS) environment will be unavailable to industry for 2 hours on Wednesday, March 4th from 6:00AM to 8:00AM (EST) for scheduled system maintenance. Please ensure work in progress is saved

prior to the scheduled downtime.

NOTICE: **IT SYSTEMS**

02/27/20

## DECCS Corporate Administrators – WEBINAR now available! – – DDTC Public Announcements

To view the webinar covering the role of the Corporate Administrator, including User Management, Access Groups, and Self Service, please click the link below:

https://www.youtube.com/watch?v=KQPhXRVZLJE&feature=youtu.be

NOTICE: **IT SYSTEMS**

02/21/20

## Scheduled system maintenance notice

The Registration and Licensing applications within the Defense Export Control and Compliance (DECCS) environment will be unavailable to industry from 6:00PM (EST) Friday, February 21 to 12:00PM (EST) Saturday, February 22 for scheduled system maintenance. Please ensure work in progress is saved prior to the scheduled downtime.

NOTICE: **GENERAL**

02/20/20

## Summary of Upcoming Changes to ITAR: Encryption Rule

DDTC is providing a summary handout of the changes to the ITAR that are coming March 25, 2020, via the recently published "Encryption Rule" and what they mean to the regulated community (see 12/26/19 News and Events entry: "International Traffic in Arms Regulations; Activities That Are Not Exports, Reexports, Retransfers, or Temporary Imports; Storage and Transmission of Encrypted Data").

84 FR 70887 - Encryption Rule Handout

NOTICE: **GENERAL**

02/20/20

# New Supplemental FAQs on Defense Services and U.S. Persons Abroad

Please see the Frequently Asked Questions section under the Licensing heading for two new FAQs on the subject of U.S. persons providing defense services abroad. The new FAQs provide additional guidance with respect to individuals who believe they may be currently furnishing defense services without authorization.

Defense Services and U.S. Persons Abroad

---

NOTICE: **GENERAL**

02/14/20

# DDTC Leadership Announcement

The Directorate of Defense Trade Controls (DDTC) is pleased to announce that effective Monday, Feb 3, Mike Miller has been named the permanent Deputy Assistant Secretary of State for Defense Trade and is no longer serving in an Acting capacity.

---

NOTICE: **IT SYSTEMS**

02/13/20

# Attention Batch Submitters! – Verify client version prior to DECCS go-live

If you use the batch submission process to send license information to DDTC, please contact OCR for the latest version of the client software.  With the launch of DECCS, the updated client version contains necessary revisions for submitting in batch.  After DECCS launches on February 18th, please make sure you have the latest version in place before your next submission.

---

EVENT: **WEBINARS**

02/13/20

# February 13th: DDTC: Defense Export Control and Compliance

## System (DECCS) Release – Corporate Administrators WEBINAR

On February 18th, DDTC will release the latest applications to the DECCS platform, including Registration, Licensing and updates to User Management.  Prior to launch, industry users should enroll on the DECCS site to ensure they will have access to their information. This webinar will cover the process for enrolling an organization's current DTrade Super Users as DECCS Corporate Administrators. To help the community prepare for the launch, this webinar will include:

* Accessing DECCS as a Corporate Administrator for the first time
* Inviting team members to join a company
* Setting up License Groups

Login details are below:

Date: February 13, 2020

Time: 2:00 p.m. - 3:00 p.m. EST

WebEx: Click Here

Dial-in for Audio: 1-800-988-9769

Passcode: 5 6 7 3 5 9 3

DECCS Corporate Administrators Webinar presentation

---

NOTICE: **IT SYSTEMS**

02/03/20

## DECCS Go-live on February 18th!

The Registration and Licensing applications will be released on the DECCS platform on February 18th! Until that time, please continue to process requests as normal. More information will be posted here on how to get started with DECCS on February 4th.

---

NOTICE: **DTAG**

01/28/20

## Plenary – September 26, 2019

Plenary - September 26, 2019

---

NOTICE: **IT SYSTEMS**

01/23/20

## DECCS Release – Registration and Licensing Introduction – WEBINAR now available!

To view the webinar covering the major features of the DECCS release, including steps for enrollment, please click the link below.

DECCS Rollout Webinar recording

---

FEDERAL REGISTER: **FINAL RULE**

01/23/20

## International Traffic in Arms Regulations: Revisions to U.S. Munitions List Categories I, II, and III

The Department of State amends the International Traffic in Arms Regulations to revise Categories I-firearms, close assault weapons and combat shotguns, II- guns and armament, and III-ammunition/ordnance of the U.S. Munitions List (USML) to describe more precisely the articles that provide a critical military or intelligence advantage or, in the case of weapons, perform an inherently military function and thus warrant export and temporary import control on the USML. These revisions complete the initial review of the USML that the Department began in 2011. Items not subject to the ITAR or to the exclusive licensing jurisdiction of any other set of regulations are subject to the Export Administration Regulations.

Dept of State/PM Fact Sheet

PDF of Rule

Transition Guidance

---

FEDERAL REGISTER: **NOTICE**

01/16/20

## Bureau of Political-Military Affairs; Rescission of Statutory Debarment of Jami Siraj Choudhury, David Michael Janowski II,

Debarment of Jami Siraj Choudhury, David Michael Janowski II, Netria Corporation, Jonathan Robert Reynolds, and State Metal Industries, Inc. Under the International Traffic in Arms Regulations

Notice is hereby given that the Department of State has rescinded the statutory debarments of Jami Siraj Choudhury included in Federal Register notice of April 2, 2004, David Michael Janowski II included in Federal Register notice of August 25, 2009, Netria Corporation included in Federal Register notice of April 25, 2018, Jonathan Robert Reynolds included in Federal Register notice of September 3, 2003, and State Metal Industries, Inc. included in Federal Register notice of June 20, 2007.

85 FR 2802 (PDF, 268KB)

---

NOTICE: **GENERAL**

01/09/20

## DECCS Release – Registration and Licensing Introduction – WEBINAR

DDTC is undergoing a major IT Modernization effort to replace legacy systems with modern Cloud technologies.  The new platform, the Defense Export Control and Compliance System (DECCS), provides industry access to a number of DDTC applications through a single online portal.  In February 2020, DDTC will release the Registration and Licensing applications to the DECCS platform. To help the community prepare for the launch, this webinar will include:

  * Introduction of the functionality included in the released applications

  * Highlights of changes from current business processes

  * Steps users can take now in preparation

Login details are below:

Date: January 14, 2020

Time: 2:00 p.m. - 3:00 p.m. EST

Please Note: The link below will be active a half hour before the scheduled presentation

WebEx: https://censusevent.webex.com/censusevent/onstage/g.php? MTID=e2151f5856144997661a421de8a920f54

Dial-in for Audio: 1-800-475-0220

Passcode: 6 5 7 6 9 1 4

DECCS Rollout Powerpoint presentation

---

NOTICE: **GENERAL**

01/06/20

## New FAQs on Defense Services U.S. Persons Abroad

Please see the Frequently Asked Questions published today for guidance on the subject of U.S. persons providing defense services abroad. The guidance addresses questions regarding registration and authorization requirements, as well as the process for obtaining authorization. The guidance is based on existing content in the ITAR, rather than the 2015 proposed rule that was not adopted.

---

FEDERAL REGISTER: **FINAL RULE**

12/26/19

## International Traffic in Arms regulations; Activities That Are Not Exports, Reexports, Retransfers, or Temporary Imports; Storage and Transmission of Encrypted Data

The Department of State amends the International Traffic in Arms Regulations (ITAR) to create a definition of "activities that are not exports, reexports, retransfers, or temporary imports" by combining existing text from the regulations with new text regarding secured unclassified technical data. The activities included in the new definition are: Launching items into space, providing technical data to U.S. persons within the United States or within a single country abroad, and moving a defense article between the states, possessions, and territories of the United States. The definition also clarifies that the electronic transmission and storage of properly secured unclassified technical data via foreign communications infrastructure does not constitute an export.

84 FR 70887 (PDF, 313KB)

84 FR 70887 - Encryption Rule Handout

---

NOTICE: **GENERAL**

12/23/19

## Commodity Jurisdiction form DS-4076 Version 3.0 is now LIVE!

The new collection format for Commodity Jurisdiction form DS-4076 is now available on the DDTC DECCS portal.  The changes address additional sources of jurisdiction considerations and refinements to the supporting information.

All previous submissions to the application are currently available through the DECCS CJ Launching Pad.  For users with existing forms in 'Draft' status, please review the COMPLETE form before submitting, to verify accuracy of the entire form.  For completed submissions, the documentation of the original submission is available in PDF form.  This ensures the historical accuracy of the submissions, while keeping the system in line with the current version of the form.

If you have any questions regarding these changes, please contact the DDTC Help Desk at the following contact information:

DDTC Help Desk

Email: dtradehelpdesk@state.gov

Phone: (202) 663-2838

NOTICE: **GENERAL**

12/20/19

# Modifications due to Christmas holiday

The federal government will be closed on Tuesday and Wednesday, December 24-25, for the holiday. The DDTC Response Team and DDTC Help Desk will be open on Monday, Thursday, and Friday, but depending on volume, most responses may be delayed until the following week.

NOTICE

11/27/19

# Modifications due to the Thanksgiving holiday

Thanksgiving Day falls on Thursday, November 28, 2019, and is a public holiday.  As such, DDTC offices will be closed.  The DDTC Response Team and DDTC Help Desk will be open, but depending on volume, most responses may be delayed until next week.

**Contact DDTC**

**Commercial Affiliations**

**Privacy Notice**

**Copyright Information**

State.gov

PM Bureau

State Department Daily Press Briefing

Other State Department News

 Directorate of Defense Trade Controls