On March 6, 2020, the Honorable Richard A. Jones, District Judge of the U.S. District Court for the Western District of Washington issued an order enjoining the U.S. Department of State from implementing or enforcing the regulation entitled International Traffic In Arms Regulations: U.S. Munitions List Categories I, II, and III, 85 Fed. Reg. 3819 (Jan. 23, 2020) "insofar as it alters the status quo restrictions on technical data and software directly related to the production of firearms or firearm parts using a 3D-printer or similar equipment."  (Case No. 2:20-cv-00111-RAJ)

As a result, any request for licenses of items that would otherwise fall under §§ 732.2(b) and 734.7(c) of the U.S. Department of Commerce regulation entitled Control of Firearms, Guns, Ammunition and Related Articles the President Determines No Longer Warrant Control Under the United States Munitions List (USML), 85 Fed. Reg. 4136 (Jan. 23, 2020) should instead be directed to the U.S. Department of State.