

**Bob Ferguson**
# ATTORNEY GENERAL OF WASHINGTON
PO Box 40100 • Olympia WA  98504-0100 • (360) 753-6200

April 13, 2020

Michael R. Pompeo, Secretary of State
U.S. Department of State
2201 C Street, NW
Washington, DC  20520

William P. Barr, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

Dear Secretary Pompeo and Attorney General Barr:

On behalf of the States of Washington, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Iowa, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia, Wisconsin, and the District of Columbia, we write to inform you of an urgent matter that has come to our attention regarding 3D-printed firearms. It appears that Defense Distributed, a company run by a "crypto-anarchist" dedicated to "evading and disintermediating" federal and state gun-safety laws, has recently resumed making computer files for the production of 3D-printed firearms available on its website. On behalf of the citizens of our states, and in the interest of preserving public safety and security throughout the United States, we strongly urge the federal government to act swiftly, using both its civil and criminal enforcement power, to ensure Defense Distributed's compliance with federal law.

The available files include STL and other functional 3D-printing files for the "Liberator" pistol and a number of other weapons. These are represented to be working firearms that can be made with material, such as plastic, that is not detectable by standard metal detectors, using the computer files and an inexpensive, commercially available 3D printer. These files are on the United States Munitions List, and posting them on the internet without federal authorization appears to violate federal export law. Further, these files enable the automatic manufacture of functional plastic weapons, in violation of the federal Undetectable Firearms Act.

If the federal government fails to act, these files will be distributed widely with potentially grave consequences for our national and domestic security. The efficacy of our country's existing metal detectors—a ubiquitous security device in our airports, schools, arenas, and public venues—will be compromised if you do not act.

As both the State and Commerce Departments have recognized, effectively controlling the dissemination of these 3D-printed firearm files via the internet is "in the national security and foreign policy interests of the United States." 85 Fed. Reg. 3819, 3823 (Jan. 23, 2020). "In the

**Attorney General of Washington**

Michael R. Pompeo, William P. Barr
April 13, 2020
Page 2

absence of controls on the export, reexport, or in-country transfer of such technology and software, such items could be easily used in the proliferation of conventional weapons, the acquisition of destabilizing numbers of such weapons, or for acts of terrorism." 85 Fed. Reg. 4136, 4140 (Jan. 23, 2020).

Anyone who downloads and uses Defense Distributed's computer files—even if that person is ineligible to possess a firearm due to their age, criminal history, or other disqualifying factor— would be able to automatically manufacture functional weapons that cannot be detected by a standard metal detector and, furthermore, are untraceable because they lack serial numbers. The proliferation of undetectable weapons will seriously compromise security and public safety in locations such as airports, schools, prisons, sporting events, music venues, and government buildings. Easy access to untraceable weapons will also impede law enforcement's ability to investigate and respond to crimes committed with these uniquely dangerous weapons. Continued dissemination of these files will increase the risk of terrorist attacks and gun violence across the United States.

We strongly urge the federal government to act swiftly to ensure compliance with its export-control regulations and the Undetectable Firearms Act to protect our national security and public safety interests.

Sincerely,

Bob Ferguson
Washington State Attorney General

Xavier Becerra
California Attorney General

Phil Weiser
Colorado Attorney General

William Tong
Connecticut Attorney General

Kathleen Jennings
Delaware Attorney General

Karl A. Racine
District of Columbia Attorney General

**Attorney General of Washington**

Michael R. Pompeo, William P. Barr
April 13, 2020
Page 3

Clare E. Connors
Hawaii Attorney General

Kwame Raoul
Illinois Attorney General

Tom Miller
Iowa Attorney General

Aaron Frey
Maine Attorney General

Brian Frosh
Maryland Attorney General

Maura Healey
Massachusetts Attorney General

Dana Nessel
Michigan Attorney General

Keith Ellison
Minnesota Attorney General

Aaron D. Ford
Nevada Attorney General

Gurbir S. Grewal
New Jersey Attorney General

Hector Balderas
New Mexico Attorney General

Letitia James
New York Attorney General

**Attorney General of Washington**

Michael R. Pompeo, William P. Barr
April 13, 2020
Page 4


Josh Stein
North Carolina Attorney General

Ellen F. Rosenblum
Oregon Attorney General

Josh Shapiro
Pennsylvania Attorney General

Peter Neronha
Rhode Island Attorney General

Thomas J. Donovan, Jr.
Vermont Attorney General

Mark R. Herring
Virginia Attorney General

Joshua L. Kaul
Wisconsin Attorney General