# United States Patent [19]

## Glock

[11]  **Patent Number:**         **4,539,889**

[45]  **Date of Patent:**    **Sep. 10, 1985**

[54]  **AUTOMATIC PISTOL WITH COUNTERACTING SPRING CONTROL MECHANISM**

[76]  Inventor:  **Gaston Glock,** Siebenbürger Strasse 16-12, A-1220 Vienna, Austria

[21]  Appl. No.:         **456,056**

[22]  PCT Filed:        **Apr. 29, 1982**

[86]  PCT No.:          **PCT/AT82/00015**

§ 371 Date:        **Dec. 30, 1982**

§ 102(e) Date:     **Dec. 30, 1982**

[87]  PCT Pub. No.:   **WO82/03910**

PCT Pub. Date:  **Nov. 11, 1982**

[30]      **Foreign Application Priority Data**

Apr. 30, 1981 [AT]  Austria ................................. 1944/81

[51]  **Int. Cl.³** ............................................. F41C 5/00
[52]  **U.S. Cl.** ...................................................... **89/147**
[58]  **Field of Search** .......................................... 89/147

[56]                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,251,174 | 7/1941 | Sosso | 89/147 |
| 2,464,427 | 3/1949 | Wilson | 89/147 |
| 2,664,786 | 1/1954 | Guisasola | 89/163 |
| 3,383,790 | 5/1968 | Into | 42/50 |
| 3,682,040 | 8/1972 | Roy | 89/147 X |
| 3,857,322 | 12/1974 | Lichtman | 89/147 X |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 466182 | 10/1928 | Fed. Rep. of Germany . |
| 672094 | 2/1932 | Fed. Rep. of Germany . |
| 605729 | 11/1934 | Fed. Rep. of Germany . |
| 634800 | 9/1936 | Fed. Rep. of Germany . |
| 679683 | 8/1939 | Fed. Rep. of Germany . |
| 573008 | 3/1933 | Fed. Rep. of Germany . |
| 2003610 | 10/1970 | Fed. Rep. of Germany . |

| | | | |
|---|---|---|---|
| 2052098 | 3/1971 | France . | |
| 89835 | 7/1921 | Switzerland . | |
| 494386 | 9/1970 | Switzerland . | |
| 3439 | of 1913 | United Kingdom | 89/147 |
| 875222 | 8/1961 | United Kingdom . | |
| 1518142 | 7/1978 | United Kingdom . | |

*Primary Examiner*—Peter A. Nelson

[57]                **ABSTRACT**

An automatic pistol comprises a frame, a barrel slidable on the frame and having a cartridge-receiving rear end, a breech slidable on the frame and engageable over the rear end of the barrel to form a cartridge chamber, and firing mechanism including a firing element and a firing pin operatively linked thereto. The element is movable on the breech toward and away from the barrel between a rear position in which the firing pin is out of the cartridge chamber and a front position with the firing pin projecting forward into the cartridge chamber for firing a cartridge in the chamber when the firing element moves from the rear to the front position. A spring is braced against the element and urges same into the front position. A trigger is movable on the frame between an actuated and an unactuated position. An abutment engageable with the firing element in an intermediate position thereof between its front and rear positions is displaceable backward on the frame. A link is connected between the trigger and the abutment for displacing same backward into the rear position from the intermediate position on displacement of the trigger from the unactuated to the actuated position and for displacing the abutment out of operative engagement with the firing element on displacement of the trigger into the actuated position for displacement of the firing element by the spring means into the front position. Thus the starting position of the abutment for the firing bolt or hammer is at an intermediate location in the travel path of same.

**11 Claims, 39 Drawing Figures**



FIG. 1



FIG.2

FIG.3



FIG.4



**U.S. Patent**    Sep. 10, 1985    Sheet 2 of 9    **4,539,889**

FIG.5



FIG.7



FIG.6



FIG.30



FIG.8



FIG.31



FIG.12



FIG.9



FIG.10



FIG.11



FIG. 13

FIG. 14





FIG. 15

FIG. 16





FIG.17

FIG.18

FIG.19



FIG.20



FIG.21

FIG.22

FIG.23

FIG.24



FIG.25



FIG.26



FIG.27



FIG.28



FIG.29



U.S. Patent    Sep. 10, 1985    Sheet 8 of 9    4,539,889



FIG.33

FIG.32

FIG.34

FIG.35

FIG.36

FIG.38



FIG.37



FIG.39



4,539,889

**1**

## AUTOMATIC PISTOL WITH COUNTERACTING SPRING CONTROL MECHANISM

### FIELD OF THE INVENTION

The present invention relates to a pistol. More particularly this invention concerns an automatic pistol of the type which automatically ejects the spent casing and chambers a new cartridge after each shot.

### BACKGROUND OF THE INVENTION

A standard automatic pistol has a frame provided with a firing mechanism and carrying a slide comprising the barrel and breech slidable on the frame. A recoil spring is braced between the frame and slide and the breech is provided with a firing bolt operable by a firing-bolt spring or a hammer loaded by a hammer spring. The firing mechanism has an abutment guided generally parallel to and extending into the path of the firing bolt or the hammer. This abutment is connected via a link with the trigger so that on actuation of same it is movable in a direction loading the firing bolt or hammer.

Such pistols are relatively complicated to use. To chamber a cartridge it is necessary to pull back and then push forward the slide. Similarly when the clip is empty the slide must be pulled back, a new clip inserted, then the slide released and moved forward to chamber the cartridge. All these actions must be carried out against heavy spring forces and in only one sequence, so that such a pistol can only be entrusted to experienced hands.

The shooter cannot often tell whether the pistol is on or off safety, especially after a pause in shooting. Thus it is possible for a shot to be attempted while the safety is on, or for a shot to be loosed inadvertently by someone thinking it is on when it is not.

Trigger-type automatics have a trigger that is cocked by the slide when a cartridge is chambered. In order to carry the loaded pistol with safety the hammer must be uncocked. Subsequent shooting necessitates manually cocking the hammer by means of the trigger. This procedure requires that quite some force be exerted, necessitating a long trigger stroke without any noticeable critical point. The pistol is off safety after the shot, and subsequent shots only require limited force on and a limited stroke of the trigger, so that the danger of an unintentional shot is great. For safety against jarring and dropping, a particular latch for the firing bolt is provided that is released on operation of the trigger before the hammer strikes the firing bolt.

In addition pistols are known with a separate safety lever which is actuated by the three fingers surrounding the pistol grip. It is, however, difficult to move these three fingers independently of the trigger finger so that mistakes in handling happen. In addition with such a pistol whenever it is solidly gripped it is off safety, so that unintentional shots can happen.

Common to the known pistols is that the firing mechanism holds the firing element, that is the firing bolt or the hammer, in its cocked position and in this position the pistol is off safety and cocked so it is sensitive to jarring or dropping.

Another problem with the known automatic pistols is that removal of the barrel for servicing of the gun is fairly difficult, necessitating tools. In view of the need to maintain such complicated mechanisms carefully, such difficulty is extremely disadvantageous.

**2**

Yet another disadvantage of the known automatic pistols is that after the last shot in a clip the slide returns forward on the empty chamber. To chamber a new cartridge it is necessary to pull back the slide, insert the new clip, then advance the slide. Obviously in the type of situation where a pistol is used such extra handling is very disadvantageous.

### OBJECTS OF THE INVENTION

It is therefore an object of the present invention to provide an improved pistol.

Another object is the provision of such an improved pistol which overcomes the above-given disadvantages.

Yet another object is to provide an easy-to-use but very safe automatic pistol which can be produced at low cost.

### SUMMARY OF THE INVENTION

These objects are attained according to the instant invention in a pistol comprising, as is known, a frame, a barrel slidable on the frame and having a cartridge-receiving rear end, a breech slidable on the frame and engageable over the rear end of the barrel to form a cartridge chamber, and firing means including a firing element and a firing pin operatively linked thereto. The element is movable on the breech toward and away from the barrel between a rear position in which the firing pin is out of the cartridge chamber and a front position with the firing pin projecting forward into the cartridge chamber for firing a cartridge in the chamber when the firing element moves from the rear to the front position. Spring means operatively engages the element and urges same into the front position. A trigger is movable on the frame between an actuated and an unactuated position. An abutment engageable with the firing element in an intermediate position thereof between its front and rear positions is displaceable backward on the frame. Link means is connected between the trigger and the abutment for displacing same backward into the rear position from the intermediate position on displacement of the trigger from the unactuated to the actuated position and for displacing the abutment out of operative engagement with the firing element on displacement of the trigger into the actuated position for displacement of the firing element by the spring means into the front position.

Thus the starting position of the abutment for the firing bolt or hammer is at an intermediate location in the travel path of same. In this manner the firing mechanism can be such that the trigger force is substantially less than with the known pistols. Preferably the starting position of the firing bolt is in a noncritical region of its travel path or that of the hammer, in one in which the force of the partially loaded firing-bolt spring or hammer spring is insufficient to fire a shot.

According to this invention the spring means includes a relatively strong firing spring braced against the firing element and urging same into the front position and a relatively weak spring braced against the firing element and urging same into the back position. The trigger or cocking force is the difference between these spring forces and can be set at a hair trigger or a relatively stiff novice level. In other words the pistol is always uncocked or at least partially uncocked. The cocking for each shot is effected by the trigger and is assisted by a spring, so that the condition of the pistol is the same before the first shot as it is before the subsequent shots.

4,539,889

3

According to another feature of this invention the firing means includes a guide holding the abutment in operative engagement with the firing element on displacement of the trigger from the unactuated to the actuated position. In addition when the element is in the intermediate position the abutment prevents any displacement of the firing element relative to the abutment. Accidental discharge of the pistol therefore is impossible.

In accordance with another invention feature the abutment is displaceable laterally relative to the firing element between a position in the path of same and engageable therewith and a position out of the path and unengageable therewith, the link means displacing the abutment into the out-of-path position on displacement of the trigger into the actuated position. This movement of the abutment which frees the firing element—firing bolt or hammer—in a direction perpendicular to the one in which this element moves to fire the cartridge means that if the pistol is jarred, as for example by being dropped, it is virtually impossible for the necessary forces to be exerted on the mechanism to fire the pistol.

The abutment can, according to this invention, be rotatable between the in-path and the out-of-path positions. More particularly when the firing element is a longitudinally displaceable bolt and the abutment has a sleeve carried thereon, the firing means includes a torsion spring urging the abutment into the in-path position. The abutment is an arm projecting from the sleeve and the breech is formed with a guide holding the abutment in operative engagement with the firing element on displacement of the trigger from the unactuated to the actuated position. In addition in such an arrangement the link means includes a trigger slide displaceable parallel to and transversely of the path of travel of the firing bolt and having a spring urging it into engagement with the abutment.

The abutment can be a lever having one pivoted end and an opposite end engageable in the path of the firing element and deflectable either thereby out of the path thereof to free the firing element for firing. More particularly when the abutment is such a lever it can have one end engaging in the path of the firing element and another end formed with a slot. The frame has a pivot pin traversing the slot and the firing mechanism comprises a spring urging the one end away from the pivot pin. Once again the displacement direction for the link is transverse, that is crosses, that of the firing bolt so the pistol is very jar-resistant.

In accordance with this invention the firing element can also be a hammer pivotal on the frame, in which case the firing mechanism includes a firing bolt carrying the firing pin and engageable with the hammer and the spring means and abutment are engageable with the hammer. The abutment can be a two-arm lever blockingly engageable with the hammer and laterally deflectable out of engagement therewith. It can also be a longitudinally slidable trigger slide such as used in the triggerless pistol according to this invention.

In a particularly simple construction according to this invention the firing element is a firing bolt carrying the firing pin and a firing-bolt nose and the abutment is directly engageable with the nose. Furthermore the link means includes a trigger slide and an inclined surface on the frame engageable with the trigger slide in the actuated position of the trigger. This link means includes a spring urging the slide into engagement with the inclined surface.

4

To eliminate the problem of firing-pin breakage which plagues automatic pistols, the firing pin is lance-shaped and the breech is formed with an elongated throughgoing slot through which the lance-shaped pin engages. More particularly the firing pin has a flattened triangular tip lying in the pistol plane, so it is very strong in this direction, which is the same as the shell-ejection direction.

The pistol according to this invention has latch means for releasably securing the barrel to the frame. This means includes a projection on the barrel movable along a path on sliding of the barrel and breech on the frame, a frame abutment on the frame and normally in the path, and means for moving the frame abutment out of engagement with the barrel projection. The frame abutment can be an eccentric pivotal into and out of the in-path position, or can be a slide displaceable parallel to the clip hole in the frame. Either arrangement makes removal of the slide relatively easy.

In addition the pistol of this invention has a clip removably engageable with the frame and holding a supply of cartridges displaceable by the breech into the chamber, and safety means engageable between the clip and the link means for permitting the abutment to move out of engagement with the firing element only when at least one cartridge remains in the clip. To this end the clip has a cartridge follower and the safety means includes an element on the frame engageable through the clip with the follower. Thus when the last shot is fired the slide will not return forward, so that a new clip can be inserted with automatic chambering of the first cartridge.

The pistol according to this invention is set up so that the abutment cannot catch the firing element and recock and fire it when the trigger is held back. Instead the trigger must be released between shots to move the link forward into its forward position where it can engage the abutment. In other words the abutment and link can only engage one another when the firing element is in the intermediate position and the link is in the trigger-unactuated position.

With the pistol of this invention releasing and firing are done with the same element. Thus the condition of the pistol is the same before the first shot as it is before the subsequent shots. This is attained when the guide which establishes the path of the abutment during the loading motion blocks projection of the abutment into the travel path of the firing bolt or hammer. The pistol is therefore always uncocked or partially uncocked.

Handling of the pistol according to the instant invention is therefore as simple as possible. The pistol is ready after chambering of the cartridge in the barrel for shooting at any time and is nonetheless completely safe from unintentional shots. Similarly in this condition the pistol is fully drop- and jar-resistant. As a result of the unchanging trigger force accuracy is increased. Simple and safe handling of the pistol is ensured even for the unpracticed user.

As a result of the small number of parts and the possible fitting of the firing mechanism into a small space the frame can be of one piece, preferably of a synthetic resin, so that the overall weight is substantially less than that of comparable known pistols. In addition manufacture is simplified and made inexpensive. In fact the entire frame can be a synthetic-resin casting made with a simple two-piece mold, and the various elements like the firing element and guide for the slide can be formed by metallic inserts.

4,539,889

5

### DESCRIPTION OF THE DRAWING

The above and other features and advantages will become more readily apparent from the following, reference being made to the accompanying drawing in which:

FIG. 1 is a side view of a pistol according to the present invention;

FIG. 2 is a front end view of the pistol of FIG. 1;

FIG. 3 is a large-scale longitudinal section through a detail of the pistol of FIG. 1;

FIG. 4 is a top view of a detail of FIG. 1;

FIG. 5 is a longitudinal section through the breech of the pistol of FIG. 1;

FIG. 6 is a top view of the breech of FIG. 5;

FIG. 7 is a section taken along line VII—VII of FIG. 5

FIG. 8 is a top view of the rear portion of the firing mechanism;

FIG. 9 is a longitudinal section through the mechanism of FIG. 8;

FIG. 10 is a section taken along line X—X of FIG. 9;

FIG. 11 is a side view of the firing mechanism in the uncocked position;

FIG. 12 is a side view of the firing mechanism in the ready-to-fire position;

FIG. 13 is a longitudinal section like FIG. 9 through a second embodiment of the firing mechanism, in the uncocked position;

FIG. 14 is a section taken along line XIV—XIV of FIG. 13;

FIG. 15 is a section like FIG. 13 but in the cocked position;

FIG. 16 is a section taken along line XVI—XVI of FIG. 15;

FIG. 17 is a longitudinal section like FIG. 9 through a third embodiment of the firing mechanism, in the uncocked position;

FIG. 18 is a section like FIG. 17 but in the cocked position;

FIG. 19 is a section taken along line XIX—XIX of FIG. 18;

FIG. 20 is a top view taken in the direction of arrow XX of FIG. 18;

FIG. 21 is a large-scale longitudinal section through a detail of FIG. 1;

FIG. 22 is a section taken along line XXII—XXII of FIG. 21;

FIG. 23 is a section taken along line XXIII—XXIII of FIG. 22;

FIG. 24 is a side view of another pistol according to the present invention;

FIG. 25 is a large-scale longitudinal section through a detail of the pistol of FIG. 1;

FIG. 26 is a top view of the detail of FIG. 25;

FIG. 27 is a large-scale longitudinal section through the firing mechanism of the pistol of FIG. 24;

FIG. 28 is a top view of the detail of FIG. 27, line XXVII—XXVII being the section plane for FIG. 27;

FIG. 29 is a bottom view of the slide of the pistol of FIG. 24;

FIG. 30 (same sheet as FIGS. 5–12) is a longitudinal section through a firing-pin assembly according to this invention;

FIG. 31 (same sheet as FIGS. 5–12) is a front end view of the assembly of FIG. 30;

FIG. 32 is a side view of the clip for the pistol of FIG. 1;

6

FIGS. 33, 34, and 35 are respectively back end, partial front, nd top views of the clip of FIG. 32;

FIG. 36 is a side view of yet another firing mechanism according to the invention;

FIG. 37 is a top view of the structure of FIG. 36;

FIG. 38 is a view in the direction of arrow XXXVIII—XXXVIII of a detail of FIG. 37; and

FIG. 39 is a bottom view of a slide that works with the mechanism of FIGS. 36–38.

### SPECIFIC DESCRIPTION

As seen in FIGS. 1–12 the pistol in general is comprised of a frame 1 and a slide 2 which is displaceable on the frame 1 by means of a tongue-and-groove guide 3. The barrel 4 and breech 5 are mounted on the slide 2. The barrel 4 has a breech block 6 and a downwardly projecting extension 7 in which a recess 8 is formed from which a forwardly upwardly inclined groove 9 extends. The barrel 4 has an upwardly directed projection 10 extending into a window 11 of the slide 2 so that the barrel 4 and breech 5 are locked together for joint movement along the axis A of the barrel 4. The barrel 4 projects with play through an opening 12 at the front end of the slide 2 so that it is only held in the region of its breech block 6.

The slide 2 has an end wall 13 which serves as rest for a recoil spring 14. The other rest is formed by the rim 15 of a sleeve 16 that is surrounded with play by the recoil spring 14. The front end 17 of the sleeve 16 is received with play in a bore 18 of the end wall 13. The sleeve 16 is fixed axially by a bracket 19 which has a flange fitted in a slot of the frame 1.

Also mounted in the frame 1 is an eccentric 20 formed of a pair of disks 21 and 21 ∝ rotatable in a bore of the frame 1 and connected together by a stem 22. The disk 21' projects out of the frame 1 and carries a spring lever 23 whose free end 24 can snap over a pin 25. When thus engaged over the pin 25 rotation of the eccentric 20 is impeded.

The breech 5 is mounted axially unmovably in the slide 2. It only has centering surfaces which correspond to complementary surfaces of the barrel 4. As seen in FIGS. 5–7, a firing bolt 26 generally centered on the barrel axis A is slidable in the breech 5 and carries at its front end a firing pin 27. This firing bolt 26 has a section 28 of small diameter straddled by a spring rest 29 against which the firing-bolt spring 30 is braced and which bears with its other end against a shoulder 31 of a spring tube 32 which is downwardly open and which flatly abuts the breech 5 with its rear end. A weak return spring 33 mounted in the tube 32 bears in one direction against the shoulder 31 of the spring tube and in the other direction on a nose 34 of the firing bolt 26, which nose 34 projects with its tip down out of and is guided in a slot 35 of the breech 5. The nose 34 is formed with an inclined surface 36. The position of the firing bolt 26 is determined by engagement of its section 37 on the spring rest 29.

Ridges 39 and 40 are provided spaced one behind the other on the underside 38 of the breech 5 so that a gap 41 is formed. The outer flank of the ridge 39 and the inner flank of the ridge 40 lie substantially in a plane. In addition the breech 5 has an extractor hook 42.

Behind a magazine hole 43 for the cartridge clip 44 (see FIG. 1), the frame 1 has a guide 45 fixed in place by a pin 46 as seen in FIGS. 8–12. The guide 45 extends to the rear end wall 47 of the frame 1 and is formed with a bore 48 whose axis is parallel to the bolt/barrel axis A.

4,539,889

**7**

This bore **48** receives a stop sleeve **49** which contains a stop spring **5** which is braced between the floor of the bore **48** and the end wall **51** of the stop sleeve **49**. A pin **52** in the floor of the bore **48** and a pin **53** in the end wall **51** of the stop sleeve **49** guide it. The spring **50** is received with radial play in the sleeve **49**. The wire ends **54** and **55** of the spring **50** are bent axially and are received in little bores respectively in the floor of the bore **48** and in the end wall **51**. The stop spring **50** is not only axially, but also angularly loaded since the stop sleeve **49** is is turned a few times when it is mounted to torsionally or angularly load the spring **50**. In this manner the sleeve **49** is urged clockwise according to arrow **56** (FIG. 10). To prevent such rotation it has an arm **57** which bears against the upper edge surface **58** of the guide **45**. The guide **45** further has a shoulder **59** which is interrupted by a slot **60**. The width of the slot **60** is such that an abutment **61** on the sleeve **49** can engage in it.

The guide **45** is provided with a longitudinally open recess **62** in which is slidable a trigger slide **64** connected to the trigger **63**. This trigger slide **64** occupies only a portion of the recess **62** and has an arm **65** engaging underneath the arm **57** as shown in FIG. **12**. The arm **65** terminates in a hook **66** which coacts with a step **67** on the guide **45**. Furthermore the slide **64** has a cam surface **68** which ends at a guide edge **69**. The slide **64** is thus on one side guided by the floor **70** of the recess **62** and on the other side with the edge **69** on the underside **38** of the breech **5** so that it can move substantially only parallel to the axis A of the firing bolt **26**. It is provided with a bend **71** on which bears the long leg **74** of a hairpin spring **73** received in an elongated cutout **72** of the guide **45** and having a short leg engaged in a slot **75** of the frame **1**. The spring is constructed such that the long leg **74** urges the trigger slide **64** forward and the arm **65** toward the spring sleeve **49**.

As seen in FIGS. **21–23**, inside the grip **76** of the frame **1** is formed with a square-section passage transverse to the hole **43** for the cartridge clip **44** and receiving a slide **77** having a downwardly open bayonet guide **78**. Near this slide **77** the hole **43** is formed with a wedge-shaped recess **79** into which a bore opens that receives a spring wire **80** that engages with its free end **81** in the bayonet guide **78**. In addition the slide **77** projects with its end **82** out of the grip **76** so that it can be shifted against the force of the spring **80**. It carries a wedge nose **83** which engages in a groove of the clip **44**.

FIGS. **5** to **11** show the pistol uncocked. In order to chamber the first cartridge **84** in the barrel **4**, the slide **2** is slid back against the force of the recoil spring **14**. The stem **22** of the eccentric **20** engages in the groove **9**, swings the barrel **4** down, and holds it against axial movement relative to the slide **2** once it reaches the base of the groove **9**. This action pulls the projection **10** of the barrel **4** out of the window **11** so that the slide **2** with the breech **5** can move further back. Meanwhile the nose **34** of the firing bolt **26** carries back the abutment **61** as can be understood from a comparison of FIGS. **7** and **10**. The nose **34** is prevented from rotating by the groove **35**, as is the abutment **61** which lies on the front part of the shoulder **59**. Once the abutment **61** and the stop sleeve **49** have moved back sufficiently, while unloading the stop spring **50**, the abutment **61** can move angularly into the slot **60**. Thus the cam surface **36** of the nose **34** pushes the abutment **60** against the torsional force of the stop spring **50** into the slot **60** so that this nose **34** can move back past the abutment **61**. As soon as

**8**

the nose **34** passes the abutment **61**, it is turned by the spring **50** back into the position of FIG. 10. The sleeve **49** engages with its end wall **51** against the rear end wall **47** of the frame **1** and is solidly positioned here by the axially effective force of the stop spring **50**.

When the slide **2** is returned somewhat forward, the nose **34** of the firing bolt **26** engages forward against the abutment **61**. The force of the firing-bolt spring **30** overcomes that of the stop spring **50** so that the nose **34** slides the abutment **61** and the sleeve **49** forward until the end of same engages the floor of the bore **48** in the guide **45**. Further advance of the slide **2** is impeded as the abutment **61** holds the nose **34** and the firing bolt **26**, thereby partially tensioning the firing-bolt spring **30**. Simultaneously the breech block **6** is closed by the breech **5** and moved forward with the barrel **4**. This lifts the rear portion of the barrel **4** from the stem **22** so the projection **10** engages again in the window **11** of the slide **2** and the barrel **4** and breech **5** are locked together. During this action, as is known, the extractor finger **42** engages the lip of the casing of a shell in the block **6**, pulls it axially backward therefrom, and flips this spent casing out the window **20** as same comes level with the extracted casing.

Pulling the trigger **63** moves the trigger slide **64** back so the cam surface **68** engages under the arm **57** and urges it up. Since the abutment **61** lies on the front shoulder **59** further movement of the trigger **63** moves the arm **57**, the sleeve **49**, the abutment **61** and the firing-bolt nose **34** entrained thereby back while unloading the stop spring **50** and loading the firing-bolt spring **30**. Thus it is only necessary to bring a force to bear on the trigger **63** equal to the difference between the forces of the springs **30** and **50** to move these elements of the mechanism. By choosing appropriate spring forces the pressure for the trigger **63** can be set at any desired level.

As soon as the abutment **61** reaches the slot **60** the cam surface **68** of the trigger slide **64** raises the arm **57** and swings the abutment **61** into this slot **60**. This frees the nose **34** and the firing bolt **26** is propelled forward by the force of the spring **30**, overcoming the spring force of the weak return spring **33**. The firing pin **27** strikes as a result of the kinetic energy of the firing bolt **26** with the necessary force on the primer of the cartridge, exploding it. As soon as the shot has left the barrel **4**, the powder gases drive the slide **2** in the above-described manner back, with the rail **39** on the underside **38** of the breech **5** engaging the guide edge **69** of the trigger slide **64** and moving it outward against the force of the hairpin spring **73**.

Meanwhile the arm **57** disengages the cam surface **68** and returns with the abutment **61**, which moves out of the slot **60** under the force of its stop spring **50**, into the starting postiions in which the arm **57** lies on the surface **58** of the guide **45**. If the slide **2** is moved by the recoil spring **14** forward again, the nose **34** entrains the abutment **61** until the sleeve **49** engages with its end surface on the base of the bore **48**. Further advance of the slide partially compresses the firing-bolt spring **30** again. Since the trigger slide **64** does not yet engage the arm **57** it is prevented from shooting automatically when the trigger **63** remains depressed. Only when the trigger **63** is released does the guide edge **69** slide along the rail **40** forward to be pressed by the spring **73** into the gap **41** between the ridges **39** and **40** so the arm **65** of the trigger slide **64** engages under the arm **57**. Simultaneously the return spring **33** slides the firing bolt **26** until it lies

4,539,889

9

with its front section 37 on the spring rest 29, whereupon the firing pin 27 is withdrawn into the breech 5. Now the pistol is again ready to fire.

If the spring arm 23 is pulled out of the catch 25 it can rotate the eccentric 20 through 180°. The stem 22 disengages the barrel 4 and the entire slide 2 can be pulled off the front. The recoil spring 14 meanwhile remains compressed since the shoulder 15 of the sleeve 16 bears on the projection 7 of the barrel 4. The slide 2 can therefore be shifted without exerting substantial force.

FIGS. 13 to 16 show a further embodiment of the firing mechanism according to this invention. Otherwise the pistol is identical to that shown in FIGS. 1 to 12 with identical reference numerals referring to identical structure.

A nose 101 formed unitarily with the firing bolt 26 projects down and toward the front from the breech 5. This firing bolt 26 is mounted in the breech 5 which is fitted jointly with the barrel 4 in the slide 2. Engaged in the path of the nose 101 is the abutment end 102 of a lever 103 which is formed on its other end with a slot 104 that is traversed by a pivot pin 105, the lever 103 therefore being limitedly displaceable transverse to the breech 5 in the frame 1. A spring 106 fixed in the frame 1 presses with its free end against the pivoted end of the lever 103 so that the outer end of the slot 104 bears on the pivot pin 105, that is so that the lever 103 is moved up on the pin 105 toward the slide 5. A hairpin spring 107 carried on the pin 105 has a short leg 108 anchored in the frame 1 and a long leg 109 bearing on a pin 110 which is fixed on the lever 103. This spring 108 therefore urges the lever clockwise toward a position lying on a stop 111 in the frame 1 (FIG. 15).

The lever 103 has a shoulder 112 which coacts with a shoulder 113 of the frame 1. The shoulder 113 is so long that it only moves clear of the shoulder 112 when the lever 103 is in its rear end position (FIG. 15) lying against the stop 111. Before reaching this end position the shoulders 112 and 113 prevent a shifting of the lever 103 against the force of the spring 106 and a simultaneous sliding of the slot 104 along the pin 105.

The pin 110 of the lever 103 is engaged by an edge 114 of the trigger slide 115 which passes through a hole 117 in the frame 1. It extends with its arm 118 beyond the pin 110 and its end surface 119 coacts with another surface 120 formed by a bent-over end of a leaf spring 121 that is fixed in the frame 1. Above the surface 120 the leaf spring 121 is provided with a control edge 122 which coacts with a ridge 123 on the underside of the breech 5. The end surface 124 of the ridge 123 is inclined as seen in FIG. 16.

In the uncocked position of the pistol the lever 103 is urged by the spring 107 against the stop 111. If the slide 2 is shifted back in order to chamber the first cartridge from the clip, the nose 101 slides over the end surface 125 of the lever 103 and moves it down against the force of the spring 106. As a result the lever 103 can be passed by the nose 101. Forward shifting of the slide 2 causes this firing-bolt nose 101 to again entrain the lever 103 whose end 102 extends into its path until the lever 103 engages against a stop 126, assuming the position of FIG. 13. In this position the nose 101 and the firing bolt 26 are prevented from moving forward any further. Further forward sliding of the slide 2 compresses the firing-bolt spring 30 partially. The pistol is ready to shoot in this condition.

When the trigger slide 115 is pushed back by the trigger, it slides on the surface 116 of the frame 1 and its

10

edge 114 pushes the pin 110, the lever 103, and the nose 101 back also. This fully loads the firing-bolt spring 30. When the lever 103 reaches its rear end position and engages the abutment 111 the end surface 119 of the trigger slide 115 engages the surface 120 and moves the trigger slide 115 down against the force of the spring 106 so that it moves away from the surface 116 and the pin 110 as well as the lever 103 move down. This moves the free lever end 102 out of the path of the nose 101, freeing it, so that the firing bolt 26 is propelled forward under the force of the fully compressed firing-bolt spring 30 and fires the cartridge.

When the slide 2 is then driven back by gases from the shot the inclined surface 124 of the ridge 123 on the breech 5 pushes the leaf spring out (FIG. 14). The control edge 122 of the spring 121 thus lies against the ridge 123 until the slide 2 returns to its full-forward position. Deflection of the spring 121 makes the surface 120 slide off the end surface 119 of the trigger slide 115 and the spring 106 lifts the lever 103 and with it the arm 118 of the trigger slide 115. The ridge 123 frees the control edge 122 when the breech 5 moves into the full-forward position, but the spring 121 cannot return to its original position because the arm 118 lies at the same level as the bend where the surface 120 is. Only when the trigger is released and the trigger slide 115 slides forward is the leaf spring 121 released and takes its illustrated rest position. The trigger slide 115 need not be in its full-forward position shown in FIG. 13 for the pistol to be ready to fire; the surfaces 119 and 120 need merely by separated. This embodiment of the firing mechanism allows rapid fire in that a shot following another shot can be made without complete release and depression of the trigger. Nonetheless some forward return of the trigger is essential for a second shot so the pistol does not fire automatically.

In this arrangement also the mechanism can be mounted in a block, such as the guide 45, in the frame 1.

Instead of a sliding of the lever 103 in its longitudinal direction the lever can also be moved laterally out of the path of the firing-bolt nose 101. Such an arrangement is not illustrated, because it is basically a combination of the two described embodiments.

FIGS. 17 to 20 show a part of a pistol that is provided with a hammer 131 that on shooting is pivoted by the force of a spring 135 on a pivot pin 133 and engages a firing bolt 26 which fires the cartridge. Even in this type of pistol it is possible to use the principles of the instant invention.

The hammer 131 is pivotal in the frame 1 about a pivot pin 132 and the rod 133 is pivoted on the hammer 131. This rod 133 is arranged in a cutout 134 of the frame 1 and is braced against the hammer compression spring 135. The hammer 131 has a lateral shoulder 136 on which a two-arm lever 137 engages with its one arm 138. Its other arm 139 is braced against an abutment spring 140 which is received in a bore of the frame 1. The two-arm lever 137 has in its center between its two arms a slot 141 that is traversed by a pivot pin 142 and about which the lever 137 is pivotal. Furthermore, the lever 137 is provided with a lateral projection 143 which forms a shoulder 144 that faces a shoulder 146 of the frame 1. The trigger slide 146 engages with a shoulder 147 on the projection 143 and extends through an opening 148 in the frame 1. Its free end is provided with an inclined surface 149 that coacts with a surface 150 formed by the bend of a leaf spring 151 whose end surface 152 acts as a control edge that coacts with a

4,539,889

**11**

ridge **153** of the breech **5**. The leaf spring **151** is anchored with its lower end in the frame **1**. In addition a stop **154** is formed in the frame **1** to limit the forward pivot motion of the lever **137**.

FIG. **17** shows the firing mechanism in the uncocked condition. To cock it the trigger slide **146** is moved back by means of the trigger so that it pivots the projection **143** of the lever **137** back by means of the shoulder **147**. The free end of the lever **137** serving as stop lies meanwhile on the step **136** of the hammer **131** and pivots it clockwise against force of the hammer spring **135**. As soon as the inclined surface **149** of the trigger slide **146** reaches the surface **150** (FIG. **18**) the trigger slide **146** swings down, whereupon the lever **137** is shifted down against the force of the abutment spring **140** in the slot **141** and its abutment end frees the shoulder **136** of the hammer. The hammer is snapped forward by the hammer spring **134** to strike the protruding rear end **156** of the firing bolt **26**, which in turn is propelled forward to fire the cartridge.

After the shot the gases drive the slide **2** with the breech **5** back so that the inclined end face of the ridge **153** runs against the control surface **152** of the leaf spring **151** to pivot same outward (FIG. **19**). As a result the surfaces **149** and **150** disengage each other and the stop spring **140** slides the lever **137** together with the trigger slide **146** up so that the end of same comes to lie next to the bend of the spring **151**. Simultaneously as the slide reverses direction and follows the breech **5** a rear edge **155** of the breech **5** engages the hammer **131** and pivots it back counterclockwise against the force of its spring **135**. The hammer **131** entrains with its shoulder **136** the abutment end **138** of the lever **137** until this lies on the stop **154**. In this position the hammer **131** is a sufficiently safe distance behind the rear end **156** of the firing bolt **26**. As soon as the trigger is released, the trigger slide **146** moves forward so that the firing mechanism again assumes the position of FIG. **17**. Thus the pistol cannot make automatic fire, that is a separate actuation of the trigger is need for each shot.

FIG. **24** shows a pistol in side view in which disassembly is effected by a slide catch **202** which takes the place of the eccentric **20** of FIG. **1**. The frame **1** has a slot **201** in which the catch **202** is shiftable and urged upward by a leaf spring **203** having has a short arm **204** fitted into the frame **1** and a long arm **205** engaged in a groove **206** of the catch **202**. Since this spring arm **205** is arranged in a slot **207** in the frame **1**, the catch **202** is also prevented from moving longitudinally of itself, that is transversely of the central plane of the pistol.

The catch **202** is formed in its central region near the upper edge with a groove **208** in which a ridge **209** of the projection **7** of the barrel **4** can engage. This projection **7** in turn has an inclined groove **9** which coacts with a strut **210** of an anchor piece **211** fitted into the frame **1** and secured therein by a pin **212** which also serves as pivot for the trigger **63**.

The groove **207**, the groove receiving the spring arm **204**, the slot **201**, and the recess for holding the support piece **211** are inclined to the barrel axis A and preferably are parallel to the hole **43** for the cartridge clip **44** so that shaping of the core for the manufacture of these grooves and recesses can be quite easy. It is therefore possible to make the frame **1** in one piece of a synthetic resin in a mold whose halves are separated in a direction parallel to the oblique hole **43** and the parallel grooves mentioned above.

**12**

The function of the strut **210** corresponds to that of the stem **22** of the eccentric **20** of FIGS. **1** to **4**. In order to pull the slide **2** with the barrel **4** and recoil spring **14** off the front of the frame **1**, the slide **2** must be pulled back a little so that the ridge **209** of the projection **7** moves out of the groove **208** of the catch **202**. Then the slide **2** is moved down against the force of the spring **203** so as to free the barrel **4** and slide **2** for unimpeded forward movement on the frame **1**. On replacing the slide **2** on the frame **1** a wedge surface **213** runs over the upper edge of the catch **202** and pushes it down against the force of the spring **203**. Once the projection **7** has passed the catch **202**, the ridge **209** is moved by the spring **14** up and latches in the groove **208** of the slide **2**, whereupon mutual tongue-and-groove locking is ensured.

This type of barrel locking can also be used in other types of pistols.

FIGS. **27** to **29** show another trigger mechanism which is very simple. A block **221** is fitted in the frame **1** and is held in place therein by a pin **222**. It has in the region of the longitudinal central plane of the pistol a cavity **223** in which a bent arm **224** of the trigger slide **225** engages. Stretched between a lower end **226** of the trigger slide **225** and the rear wall **227** of the cavity **223** is a tension spring **228** which pulls the trigger slide **225** up and back.

The arm **224** of the trigger slide **225** is connected by a web **229** with a plate-like end **230** of the trigger slide **225**. This web **229** has a backwardly projecting part **231** that forms an abutment for the firing bolt **26**. The plate **230** is formed with a polygonal recess **232** which is traversed by a projection **233** of the block **221**. Near this projection **233** the block **221** has a groove **234** which extends upward and back and in which a leaf spring **235** is fitted which has an outwardly directed edge **236** which forms a control surface **237** for an inclined end surface **238** of the trigger slide **225**. The other end of the leaf spring **235** is bent in the opposite direction from the edge **236** and is fitted in a groove **239** of the block **221**. Near the edge **236** is a control edge **240** which is arranged in the path of a control ridge **241** on the underside of the slide **2** and formed on its ends with two cam or wedge surfaces **242** and **243**. The front end of the trigger slide **235** is pivoted on a pin **240′** on the trigger **63**.

In the uncocked condition of the pistol the spring **228** urges the trigger slide **227** into its back position with th inclined surface **238** lying on the control surface **237** so that the projection **233** is in the upper part **245** of the recess **232**. In this position of the slide **225** the abutment **231** lies underneath the path of the nose **101** of the bolt **26**.

To chamber the first cartridge, the slide **2** is pulled back so that the control edge **240** is moved inward by the wedge surface **242** of the guide **241** on the slide **2** and the inclined surface **238** of the trigger slide **225** and the control surface **237** of the leaf spring **235** disengage each other. As a result the spring **228** can pivot the trigger slide **225** up so that the projection **233** comes to lie in the lower region **246** of the recess **232** of the plate **230**. Meanwhile the end of the trigger slide **225** has laterally run past the edge **236** so that the surfaces **237** and **238** are out of alignment with each other and therefore without mutual effect. In this position the abutment **231** moves into the path of the nose **101** of the firing bolt **26** so that as the slide **2** is moved forward the nose **101** engages the abutment **231** and moves the trigger slide

4,539,889

**13**

225 forward until the projection 233 assumes the position in the recess 232 shown in FIG. 27. The pistol is now cocked.

On pulling the trigger at first the slide 225 is guided by the projection 233 and the spring 228 against the force of the bolt spring 30, which is hereby loaded, and slides back until the surfaces 237 and 238 engage each other. In this position the projection 233 has reached the broad part of the recess 232 so that the trigger slide 225 can swing down as the inclined surface 238 slides on the control surface 237. The abutment 231 then frees the nose 101 of the firing bolt 26 and the shot is fired.

On backward displacement of the slide as a result of the recoil the wedge surface 242 moves the control edge 240 inward so that the above-described interaction can repeat itself. The position of the control ridge 241 ensures that the wedge surface 242 of the control edge 240 is only freed when the barrel 4 and breech 5 are locked together. If for any reason the slide 2 has not moved fully forward the ridge 241 holds the leaf spring 235 in its inwardly bent position in which pulling of the trigger 63 is ineffective because the inclined surface 238 cannot engage the control surface 237 so that the trigger slide 225 does not swing down and the abutment 231 cannot free the firing-bolt nose 101.

A device can also be provided to ensure quick preparation to fire on changing the cartridge clip, whose construction is described in detail below with reference to FIGS. 32–35. To this end a lever shown generally at 301 is provided which is pivoted on the axle pin 212 of the trigger 63 and received in a laterally open recess 302 of the trigger 63. The lever 301 is provided on its underside with a hook 303 in which is hooked the end of a hairpin spring 304 which surrounds the pin 212 partially and is caught in a groove of the web 210. This spring 304 tries to pivot the lever 301 into a lower end position in which a handle 305 lies in a recess of the frame 1. In addition the lever 301 has on its upper side a nose 307 which engages in the path of a slide that is backed up by a spring in the clip as will be described below and which urges the cartridges upward. When the last cartridge of the clip is inserted into the barrel 4 the slide of the clip engages the nose 307 of the lever and tries to pivot same up. Such pivoting of the lever 301 is prevented by the lower edge of the slide 2. After firing the cartridge the lever 301 enters into a recess 308 (FIG. 29) on the lower edge of the slide 2 when this is in its end position. The lever 301 latches the slide 2 against moving forward. Swinging of the lever 301 on the pin 212 (FIG. 24) maintains this latching even when the clip is removed and replaced with a new clip. As soon as the handle 305 of the lever 301 is swung down, the slide 2 is moved by the force of the recoil spring 14 forward and pushes the first cartridge of the new clip into the barrel 4. Thus it is no longer necessary to pull back the slide after changing the cartridge clip.

With the known pistols and center-fire cartridges it is possible to break off or damage the firing pin on the firing bolt when this pin does not pull back into the end of the breech 5 quickly enough. As shown in FIGS. 30 and 31 according to the invention the firing pin 27' is pointed and lance-shaped, that is it is not of cylindrical shape as is standard, but is of rectangular section with a substantially greater vertical dimension in the pistol plane than transverse dimension. The pin 27' can engage through an elongated cutout lying on the longitudinal middle plane of the pistol at the breech end. When a spent shell is ejected or a new cartridge is chambered,

**14**

before the pin 27' engages fully in the cutout in the end of the breech 5, the firing pin is not damaged but is pushed back by the shell or cartridge. By means of the elongated shape of the cutout according to this invention pistols with drop barrels do not develop the otherwise normal brass-chip deposits.

Lance-shaped according to this invention means any shape which varies from the round section and cylindrical shape of the known firing pins and which has a generally flat shape. Preferre is a triangular shape which is obtained, for example, from a pyramid with spherically rounded points that is formed on opposite sides with symmetrical shoulders so that the remaining parabolic flanks can be made planar, slightly convex, or concave.

The cartridge clip shown in FIGS. 32 to 35 has an elongated and generally parallepipedal synthetic-resin body 401, a base 402 inclined obliquely to the body 401, and a metal insert 403 inside the body 401. The metal insert 403 has holes 416 that flare inward so that the insert can be well anchored in the synthetic-resin body 401 of the clip. The base 402 has grooves 404 that fit on ridges 405 on the lower end of the clip body 401, with a latch 406 blocking unintentional sliding-off of the base 402. A spring 407 is braced at one end on the base 402 and at the other end on a follower slide 408 so as to urge same upward. Shoulders 409 at one end of the follower 408 support the cartridges 410 in the lower portion of the body 401 with their axes perpendicular to a front wall 411 and a rear wall 412 of the body 401. In the upper portion of the body 401 the insert 403 forms, in the region of the slugs, guides 413 that narrow considerably upward and that push the tips of the cartridges 410 together toward the central plane of the clip, which coincides with that of the pistol when the clip is in place in the well 43 thereof, so that the cartridges 410 align and finally assume a position generally parallel to the clip base 402. Portions 414 of the metal insert 403 at the back of the cartridges 410 converge first toward the end of the clip so that as shown in FIG. 33 the backs of the cartridges 410 remain longer in their original staggered positions. This can be seen by a comparison of the dot-dash zig-zag lines of FIGS. 33 and 34.

As a result of the construction according to the invention two considerable advantages are obtained. The position of the cartridge backs ensures a solid contact between them and the back wall 412 of the clip so that friction is reduced as is the resistance to displacement. Catching on the back wall is impossible. The second advantage is that the contact between the cartridges 410 as they are aligned in the upper section of the clip changes. It moves from line contact to point contact so that in the upper part of the clip there is no wedging-together of the cartridges 410.

The front end 415 of the shoulder 409 of the slide 408 can coact with the lever 301 of FIG. 28 so that this part comes to lie on the projection 307 when the last cartridge 410 is chambered.

FIGS. 36 to 39 show a variant of the firing mechanism of FIGS. 27 to 29, in which the guide is not in the trigger slide but in the frame 1 or in a block 521 set into the frame 1. The block 521 is of a synthetic resin and has a leaf spring 235 whose end 236 forms a control surface 237 which coacts with an inclined surface 538 of the trigger slide 525. Similarly the control edge 240 coacts with the ridge 241 of the slide 2. The trigger slide 525 has a web 529 which carries on one side the abutment 531 and on the other side the bent-over part 526. In

4,539,889

15

addition it is provided with a wing-like projection **544** and has a control edge **545**.

A recess **546** on one side and on the other side a recess **547** serve as a guide in the block **521** in which the wing **544** engages. The underside of the breech **5** is provided with a simple pivotal lever **548** which has a projection **549** extending into the path of the firing-bolt nose **101**. This lever **548** is braced against a leaf spring **550** which is braced with its free end **551** on the breech **5** and which lies underneath the ridge **241** so as to pivot the lever **548** such that the projection **549** is in the path of the firing-bolt nose **101**.

The operation of this firing mechanism corresponds mainly with that of the mechanism shown in FIGS. 27 to 29. The abutment spring **228** draws the trigger slide **525** back so that its inclined surface **538** slides down along the control surface **538** and the web **529** enters the recess **546** and the wing **544** enters the lower region **552** of the hole **547**. In this position the abutment **531** is below and out of the path of the firing-bolt nose **101**. Meanwhile the control edge **545** is below the lever **548** so that it takes the position of FIG. **39** in which the firing bolt is locked.

When the slide **2** is moved back the ridge **241** pushes the spring **235** toward the center so that the control surface **237** is guided by the inclined surface **538** and the trigger slide **525** is freed. The abutment spring **228** draws this slide **525** up and back while the abutment **531** and the control edge **545** are drawn into the path of the firing-bolt nose **101**.

When the slide **2** is moved forward the firing-bolt nose **101** entrains the abutment **531** and the slide **525** as well as the trigger **63**. Meanwhile the web **529** moves out of the recess **546** and the wing **544** engages in the narrow region **553** of the hole **547**. As soon as the wing **544** gets to the end of the hole **547**, the abutment **531** is held solidly by the firing-bolt nose **101**. The narrow section **553** of the hole **547** holds the abutment **531** tightly.

Pulling the trigger moves the slide **525** back and the abutment **531** pushes back the firing-bolt nose **101** while further compressing the firing-bolt spring **30**. As soon as the inclined surface **538** engages the control surface **237** further movement of the slide **525** pushes it down so that the web **529** engages in the recess **546** and the wing **544** in the wide region of the hole **547**. As a result the abutment **531** releases the firing-bolt nose **101** and the shot is fired.

Moving the slide **525** moves the control edge **545** back into the region of the projection **549** and pushes the lever **548** to the side so that the projection **549** moves out of the path of the firing-bolt nose **101** and does not impede forward travel of the firing bolt.

Since the additional safety catch **548, 549** is on the breech **5**, jarring and inertial forces cannot open it. To fire it is therefore necessary to actuate the trigger **63**.

The invention is not limited to the described and shown embodiments. Its parts can be combined in other than the shown manner. It is common to the described embodiments that the abutment for the firing bolt or hammer moves in two directions that are not parallel to each other. It is therefore possible to use the abutment for securing as well as for releasing the firing bolt which not only reduces the stroke of the trigger but also substantially reduces the number of parts. This double movement can also be split up between the abutment and firing bolt or hammer.

16

The provision of an abutment spring whose effect is opposite to that of the firing-bolt spring means that only the difference between these forces need be overcome by force on the trigger to shoot.

In addition to these basic advantages the pistol according to this invention has several advantages. The rest position, for example, of the trigger is established by abutments **67** and **233** in the guide **45** or block **221**, respectively, so that no particular stops for the trigger are needed. This eliminates expensive adjustment procedures. Since the parts necessary for the release and latching of the firing bolt can fit in a limited space it is possible make the guide **45** or the block **221** relatively small. This leaves room in the frame **1** behind the hole for the cartridge clip. As a result it is possible to have the grip near the axis A of the barrel **4** so that on firing there is little torsion on the hand. The pistol kicks up less so it shoots more accurately.

With the new pistol it is possible to form the spaces for mounting the trigger, trigger slide, and guides in the frame **1** by molding in such a manner that the frame **1** is easily demolded. The same applies for the clip hole and the passage for the clip-safety slide. As a result the frame **1** can be made in one piece.

The guides for the slide in the frame **1** are made of metal. To do this it is sufficient to mount two guide rails which are imbedded in the frame **1** in the resin. They have the tongue and groove construction of FIG. **2**.

Particularities of the described features can be used independently of each other in pistols of known construction without losing the described advantages.

I claim:

1. A pistol comprising:

a frame;

a barrel slidable on the frame and having a cartridge-receiving rear end;

a breech slidable on the frame and engageable over the rear end of the barrel to form a cartridge chamber;

firing means including a firing element and a firing pin operatively linked thereto, the element being movable on the breech toward and away from the barrel between a rear position in which the firing pin is out of the cartridge chamber and a front position with the firing pin projecting forward into the cartridge chamber for firing a cartridge in the chamber when the firing element moves from the rear to the front position and through an intermediate position between the front and rear positions;

spring means operatively engaged with the element and including a relatively strong firing spring braced against the firing element and urging same into the front position with a relatively strong force and a relatively weak spring braced against the firing pin and urging same into the rear position, the strong spring being sufficiently loaded in the rear position of the firing element to move same into the front position but insufficiently loaded in the intermediate position to move the firing element into the front position;

a trigger movable on the frame between an actuated and an unactuated position;

an abutment engageable with the firing element in the intermediate position and displaceable backward on the frame; and

link means connected between the trigger and the abutment for displacing same backward into the rear position from the intermediate position on

4,539,889

**17**

displacement of the trigger from the unactuated to the actuated position and for displacing the abutment out of operative engagement with the firing element on displacement of the trigger into the actuated position for displacement of the firing element by the spring means into the front position and subsequent return at least to the intermediate position.

2. The pistol defined in claim 1 wherein the firing element is a firing bolt carrying the firing pin and a firing-bolt nose and the abutment is directly engageable with the nose.

3. The pistol defined in claim 1 wherein the link means includes a trigger slide and an inclined surface on the frame engageable with the trigger slide in the actuated position of the trigger, the link means including a spring urging the slide into engagement with the inclined surface.

4. The pistol defined in claim 1 wherein the firing means includes a guide holding the abutment in operative engagement with the firing element on displacement of the trigger from the unactuated to the actuated position.

5. The pistol defined in claim 1 wherein when the element is in the intermediate position the abutment prevents any displacement of the firing element relative to the abutment.

6. The pistol defined in claim 5 wherein the abutment is displaceable laterally relative to the firing element between a position in the path of same and engageable therewith and a position out of the path and unengageable therewith, the link means displacing the abutment

**18**

into the out-of-path position on displacement of the trigger into the actuated position.

7. The pistol defined in claim 1 wherein the firing pin is lance-shaped and the breech is formed with an elongated throughgoing slot through which the lance-shaped pin engages.

8. The pistol defined in claim 1, further comprising latch means for releasably securing the barrel to the frame, the latch means including:

a projection on the barrel movable along a path on sliding of the barrel and breech on the frame;

a frame abutment on the frame and normally in the path, and

means for moving the frame abutment out of engagement with the barrel projection.

9. The pistol defined in claim 1, further comprising:

a clip removably engageable with the frame and holding a supply of cartridges displaceable by the breech into the chamber; and

safety means engageable between the clip and the link means for permitting the abutment to move out of engagement with the firing element only when at least one cartridge remains in the clip.

10. The pistol defined in claim 9 wherein the safety means includes a cartridge follower in the clip and an element on the frame engageable through the clip with the follower.

11. The pistol defined in claim 1 wherein the breech and barrel are limitedly displaceable relative to each other and the pistol is an automatic pistol.

* * * * *