



## Downloads



Here are the files you can download for free.  Currently there are three different types of files.  First format is the SolidWorks E-drawings.  This file format will allow anybody to open the files no matter what software you have installed.  E-drawings is the most user friendly format since you don't have to have any special 3-D modeling (CAD) software to look at the files.  The second format is the solid model file in *.igs format.  You must have some sort of 3-D modeling (CAD) software to open this file format.  If you are planning on doing the machining I have, you will need the *.igs file.  But if you just want to open the file to look at it, you can download the E-drawing.  And the last type of files you can download are the blueprints.  I don't make blueprints of the solid models I make.  So if you need a dimension while working on your project, you will have to reference the model.  Later on, I hope to make available other files dealing with my projects...including sketches, setup sheets, programs, etc.  Tim at dumpsterCNC made the 1911 solidmodel *.iges file.  Andy at Helix60@neo.rr.com made the VZ58 *.iges file.

*My files are free to download, and if you share these files they must remain free!*

*Download instructions*
*SolidWorks E-drawings: Select the file you wish to download, click Save.  To open the file, simply double click the *.exe file.*

*Solid Model *.igs File: Select the file you wish to download, click Save.  Use your 3-D modeling (CAD) software to open to file after you unzip it.*

*Blueprints:  Select the file you wish to download, click Save.  Use Adobe to open the file after you unzip it.*



### SolidWorks E-drawings
Select one...

### Solid Model *.igs Files
Select one...

### Blueprints
Select one...

The files below are complete solid models of the AR15/M16 and the 1911 firearms.  I made the A2 style AR15 model, and Tom tom_eriksson@hotmail.com made the A1 style AR15 as well as the 1911 model.  You can download other files Tom has made here.  The files below are for visual reference only.

### Complete Firearm E-drawings
Select one...

**I have spent many hours creating these solidmodel files.  If you find these files useful and you want to show your support for my website, you can make a donation.  All donations will be directed towards keeping this website going and also towards new projects.  After every project I complete, I'll upload the files here.  So if you want to show your support for this website and to keep these file FREE, you can send a donation through the PayPal link below.**



