Case 1:23-cv-00849-EGB   Document 148-48   Filed 04/30/21   Page 1 of 9

- Print
  - Workbench
  -
  - Community

Log in

- Library
  - Challenges
  - Groups
  - Questions
  - Tutorials
  - Engineers
    - Blog
      - Log in

Join 5,370,000 engineers with over 3,190,000 free CAD files    Join the Community
Join 5,370,000 engineers with over 3,190,000 free CAD files    Join the Community

Search...

Recent All time

- Popular
- Recent
- Most liked
- Most commented
- Most downloaded
- Following
-
- This week
- This month
- All time

Category

- 3D printing
- Aerospace
- Agriculture
- Architecture
- Automotive
- Aviation
- Components
- Computer
- Construction
- Educational
- Electrical
- Energy and Power
- Fixtures
- Furniture
- Hobby
- Household
- Industrial design
- Interior design
- Jewellery
- Just for fun
- Machine design
- Marine
- Medical
- Military
- Miscellaneous
- Nature
- Piping
- Robotics
- Speedrun
- Sport
- Tech
- Tools
- Toys

Software

- Alibre Design
- ArchiCAD
- AutoCAD
- AutoCAD Electrical
- Autodesk 3ds Max
- Autodesk Alias
- Autodesk Inventor
- Autodesk Maya

Case 1:23-cv-00849-EGB   Document 148-48   Filed 04/30/21   Page 2 of 9

- Autodesk Revit
- Autodesk 123D
- BricsCAD
- Bentley MicroStation
- BlenderCAD
- BobCAD-CAM
- CATIA
- Delmia
- DraftSight
- FreeCAD
- Femap
- Fusion 360
- Geomagic Design
- IronCAD
- JT
- Kompas-3D
- KeyCreator
- KeyShot
- Lagoa
- Lightwave
- Luxology
- Mastercam
- Moi3D
- NX Unigraphics
- OBJ
- Onshape
- OpenSCAD
- Parasolid
- Powermill
- Powershape
- Pro/Engineer Wildfire
- PTC Creo Parametric
- PTC Creo Elements
- Rhino
- SOLIDWORKS
- solidThinking Evolve
- SpaceClaim
- SurfCAM
- Solid Edge
- SolidFace
- STEP / IGES
- SketchUp
- STL
- TopSolid
- TinkerCAD
- T-Flex CAD
- TurboCAD
- VectorWorks
- ViaCAD 3D
- VRML / WRL
- ZW3D
- Rendering
- Other
- GrabCAD Community
- GrabCAD Workbench
- GrabCAD Print

**Tag:** ar15×



September 18th, 2018
Lower receiver for Assaul...

by Berk Burak Biyikli



12 131 1
CATIA V5, Rendering, Other



September 16th, 2018
MK47 all parts

by hou yet



52 557 22
SOLIDWORKS 2017, Rendering, Other



September 6th, 2018
10" AR15 free-float M-LOK...

by Karl Ebert



12 85 0
Autodesk Inventor 2016, STEP / IGES, Rendering



September 6th, 2018
A2 Grip Adapter

by Karl Ebert



4 25 0
Autodesk Inventor 2016, STEP / IG
STL, Rendering



August 7th, 2018



March 30th, 2018
Extended Castle nut buffe...

by James Stubbins

3 165 0
STEP / IGES



February 6th, 2018
AR15 7.5" Barrel

by Brandon Makowski

24 277 4
Autodesk Inventor, Rendering



January 23rd, 2018
Improved 3d Printable Bol...

by James Stubbins

118 1990 8
STEP / IGES, Rendering



December 22nd, 2017
Vz61 Skorpion for Sig Bra...



May 4th, 2018
AR-15 5.56 NATO Bolt

by bailey Savage



March 24th, 2018
Reinforced Magwell for Bo...

by James Stubbins

3 128 0
STEP / IGES



February 5th, 2018
AR-15_80_percent_Lower_Dr...

by Wizer

21 355 2
STEP / IGES, STL, Rendering



January 20th, 2018
Bolt Together Ar15 Grip P...

by James Stubbins

6 143 0
STEP / IGES



May 6th, 2018
Handguard for AR-15

by Race Reed



April 3rd, 2018
AR15 Bolt Cam Pin

by Brandon Makowski

2 147 0
Autodesk Inventor 2016



February 13th, 2018
Vz61 Skorpion reinforced ...

by James Stubbins

26 300 3
STEP / IGES



January 21st, 2018
Bolt Together Ar15 for M5...

by James Stubbins

37 540 3
STEP / IGES, Rendering



April 4th, 2018
Angled Foregip KeyMod

by Brandon Makowski


April 3rd, 2018
5.56 Bolt

by Brandon Makowski

9 155 0
Autodesk Inventor, Rendering



February 18th, 2018
CNC VICE JIG

by CHRIS ABBOTT

12 167 0
STEP / IGES



January 28th, 2018
Bolt Together Ar15 Lower ...

by James Stubbins

55 1007 11
STEP / IGES, Rendering



January 6th, 2018
AR barrel nut, lock ring,...

by Manuel Monroy

2 76 0

by James Stubbins



52 478 1
Fusion 360, STEP / IGES, Rendering



December 13th, 2017
We The People American Fl...

by milton irick



13 188 4
SOLIDWORKS 2016



November 14th, 2017
Handguard

by IMAX



9 188 1
STEP / IGES, Rendering



November 11th, 2017
AR15 Flash Suppressor 8

by IMAX



17 214 0
STEP / IGES, Rendering



November 10th, 2017
AR15 Flash Suppressor 4

by IMAX



December 17th, 2017
AR15 9mm Glock Cleaning a...

by Matthias Hartmann



December 2nd, 2017
AR15 Cleaning and Mainten...

by Matthias Hartmann



22 208 1
STL, Rendering



November 11th, 2017
MK18 AR15 MK12 Handguard ...

by IMAX



11 123 0
STEP / IGES, Rendering



November 10th, 2017
Flash Suppressor 6

by IMAX



15 147 0
STEP / IGES, Rendering



November 10th, 2017

Vz.61 Skorpion Ar15 Grip Adapter



December 8th, 2017
AR15 15 inch Handguard r...
9 199 0
STL, Rendering
by IMAX



17 261 0
STEP / IGES, Rendering



November 13th, 2017
AR15 Muzzle Break

by IMAX



15 244 0
STEP / IGES, Rendering



November 11th, 2017
Flash Suppressor 7

by IMAX



26 249 0
STEP / IGES, Rendering



November 10th, 2017
AR15 Flash Suppressor 3

Autodesk Inventor



December 16th, 2017
AR15 Cleaning Tool Spacer...

by Matthias Hartmann



16 176 0
STL, Rendering



November 20th, 2017
AR15 13 inch Handguard RA...

by IMAX



17 357 0
STEP / IGES, Rendering



November 11th, 2017
AR15 Flash Suppressor 9

by IMAX



25 287 1
STEP / IGES, Rendering



November 10th, 2017
AR15 Flash Suppressor 5

by IMAX



12 105 0
STEP / IGES, Rendering



ar15 - Recent models | 3D CAD Model Collection | GrabCAD Community Library

13 149 0



October 1st, 2017
Keymod reference

by Race Reed



10 185 4
STEP / IGES, Rendering



July 9th, 2017
Ar15 Safety Plug

by James Stubbins



4 91 1
Fusion 360, STEP / IGES



July 4th, 2017
Bolt-Together Ar15 AK Gri...

by James Stubbins



6 104 0
STL, Rendering



May 20th, 2017
M-16 DUCKBILL FLASH SUPRE...

by STONER FAN



13 168 0
Autodesk Inventor, STEP / IGES, Rendering



April 24th, 2017

AR15 Flash Suppressor 2

by IMAX



12 157 0



August 6th, 2017
CAA saddle to Pistol Buff...

by James Stubbins



20 142 0
Fusion 360, Rendering



June 30th, 2017
AR-15 Extended Bolt Relea...

by J W



24 365 0
SOLIDWORKS 2016, STL



May 20th, 2017
M-16 EARLY DUCKBILL FLASH...

by STONER FAN



7 97 0
Autodesk Inventor, STEP / IGES, Rendering, Other

by IMAX



20 190 0
STEP / IGES, Rendering



September 29th, 2017
Lock Nut - Muzzle Device ...

by Brian Stott



3 101 2
Autodesk Inventor 2015



July 4th, 2017
Bolt Together Ar15 3D pri...

by James Stubbins



10 165 0
Fusion 360, STEP / IGES, Rendering



May 31st, 2017
AR15 Stamped Steel Magazi...

by FredSWUG



57 1005 8
Parasolid, SOLIDWORKS 2016, STEP / IGES, STL, Rendering



November 10th, 2017
AR15 Flash Suppressor...



July 9th, 2017
M-Lok Compatible AK Foreg...

by James Stubbins



4 96 0
STL



July 4th, 2017
Bolt Together AR15 3D Pri...

by James Stubbins



10 162 1
Fusion 360, STEP / IGES



May 20th, 2017
M-16 EARLY STRAIGHT GROO...

by STONER FAN



16 225 0
Autodesk Inventor, STEP / IGES, Rendering



ar15 - Recent models | 3D CAD Model Collection | GrabCAD Community Library

AR-15 carbine hand guard

by craig forcht



54 907 9



April 5th, 2017
S.T.O.W.

by James Stubbins



34 243 3
SketchUp, STL, Rendering



January 24th, 2017
AR-15 Barrel

by Matthew Sartain



32 722 0
STEP / IGES, Rendering



October 5th, 2016
USAGI sight

by Zhang Tian



86 657 1
CATIA V5, STL, Rendering, Other



April 5th, 2017
M7 Brass Knuckle Handguar...

by James Stubbins



March 14th, 2017
S&W 15-22 10 Rd Magazine

by BMee19



14 247 0
STL



February 18th, 2017
AR15 Lower Assembly Blank...

by Brandon Renner



24 251 0
STEP / IGES, Other, Rendering



December 23rd, 2016
Armalite AR10 lower

by craig forcht



131 1403 14
SOLIDWORKS 2013, Rendering



September 3rd, 2016



March 24th, 2017
AR-15 Magazine Coupler PM...

by Shiro kubocha



68 777 3
Autodesk Inventor, STL, Rendering



December 29th, 2016
Billet AR15 Lower

by craig forcht



135 1680 6
SOLIDWORKS, Rendering



September 3rd, 2016
Airsoft MK18 Assault Rifl...

by Максим Гутиков



310 3049 41
SOLIDWORKS 2016, STEP / IGES, STL, Rendering





March 8th, 2017
Compensator

6 144 0
STL, Rendering

by Daniel Leihr



5 143 0
SOLIDWORKS 2016



February 6th, 2017
AR15 30 ROUND MAGAZINE

by Seth G



62 1279 6
SOLIDWORKS 2012, Rendering



December 3rd, 2016
Blank Firing Attachment f...

by Nap Bollemeijer



35 163 1
STEP / IGES, Rendering





August 11th, 2016
AR15 Target Style Sear

by Troy Parker



32 582 0
SOLIDWORKS 2015, STL



April 7th, 2016
.22lr ar15 charging handl...

by Cameron



32 582 0
SOLIDWORKS 2015, STL



March 24th, 2016
STANAG 4694 Accessory Rai...

by MAKSEC Group

45 651 0
SOLIDWORKS 2015, Rendering



March 20th, 2016
Case, Suppressor

by MAKSEC Group



10rds AR magazine (airsof...

by HJH



21 148 2
STL, Rendering



July 7th, 2016
AR15 5.56 Flash Hider Muz...

by IMAX



25 246 0
SOLIDWORKS 2012, Rendering



March 26th, 2016
AR-15 Magpul PMAG Magazin...

by Charles Lacey



62 637 1
SketchUp, STL, Rendering



March 24th, 2016
Flash Hider, GEWEER AR10

by MAKSEC Group



24 354 2
SOLIDWORKS 2015, Rendering, Other



August 11th, 2016
AR-15 Target Style Hammer

by Troy Parker



36 535 0
PTC Creo Parametric 2.0



April 2nd, 2016
dji S1000 - AR15 mod

by Johar Palacita



56 768 3
STEP / IGES, Rendering



March 25th, 2016
MK 12 / SOPMOD Block, Gas

by MAKSEC Group



42 779 1
SOLIDWORKS 2015, Rendering, Other



March 20th, 2016
Core, Suppressor

by MAKSEC Group





August 11th, 2016
308 7,62x51mm auto gatio...

by Gui Silva



May 22nd, 2016
SOLIDWORKS 2015, STEP / IGE
STL

106 1210 10
SOLIDWORKS 2015, STEP / IGE



March 26th, 2016
AR-15 Bore Flag

by Charles Lacey



25 276 0
STL, Rendering



March 24th, 2016
MIL-STD-1913

by MAKSEC Group

43 700 1
SOLIDWORKS 2015, Other, Rend



March 18th, 2016
M4a1 RIS standard







February 20th, 2016
ar15

by Nen Shripal



5 161 0
KevCreator, SOLIDWORKS, STEP / IGES



February 2nd, 2016
AR15 / M16 Lower Receiver...

by O



51 893 1
STEP / IGES, STL



September 28th, 2015
AR-Pistol Brace

by Philip - SaltedEarth



51 638 11
STEP / IGES, STL, Rendering



Stocking Test



December 13th, 2015
SilEnced M4a1 Braking kit...

by Karl Ebert

15 252 4
Autodesk Inventor 2013, STEP / IGES, STL,



October 30th, 2015
Ar15 Vertical Grip

by Donoven Bruntmyer



24 515 5
SOLIDWORKS 2014, Rendering



34 737 0
STEP / IGES, Rendering

February 24th, 2016
Boyd's AR-15 Wood Furnitu...

by Matt Zurawski



30 504 0
STEP / IGES, Rendering



February 9th, 2016
AR15 Low Profile Gas Bloc...

by Matt Zurawski



30 600 1
STEP / IGES, Rendering



November 17th, 2015
Salted Earth AR15 Receive...

by Corey Renner



28 335 2
STL, Rendering



July 21st, 2015
MFT BMSMIL - BATTLELINK™ ...

by Max Boldyrev



66 1049 7
Autodesk Inventor 2015, Rendering

by Marco Couwenberg



57 937 2



February 13th, 2016
AR-15 Pistol Cheek Rest

by Philip - SaltedEarth



77 715 5
STEP / IGES, STL, Rendering



November 17th, 2015
Salted Earth AR15 Hammer ...

by Corey Renner

36 597 3
STL, Rendering



November 14th, 2015
Vanilla

by Odysseus Perez



4 57 0
STL

- « Previous
- 1
- 2
- 3
- Next »

100 per page

- 24 per page
- 48 per page
- 100 per page

Case 1:23-cv-00849-EGB    Document 148-48    Filed 04/30/21    Page 9 of 9

- Community
- [Library](#)
- [Challenges](#)
- [Groups](#)
- [Questions](#)
- [Tutorials](#)
- [Engineers](#)

- Workbench
- [Overview](#)
- [Features](#)
- [Compare](#)

- Print
- [Overview](#)
- [Features](#)

- Resources
- [Blog](#)
- [Resource Center](#)
- [Help Center](#)

- About us
- [Company](#)
- [Jobs](#)

[info@grabcad.com](mailto:info@grabcad.com) [Website Terms of Use](#) [Software Terms of Use](#) [Privacy policy](#) [Your Data on GrabCAD](#) [Twitter](#) [Instagram](#) [Facebook](#) [LinkedIn](#)

© 2018 GrabCAD, a STRATASYS solution

The Computer-Aided Design ("CAD") files and all associated content posted to this website are created, uploaded, managed and owned by third party users. Each CAD and any associated text, image or data is in no way sponsored by or affiliated with any company, organization or real-world item, product, or good it may purport to portray.

