# Documents

------------------------------------------------------------------------

 **optimusdefense.com**/documents

Welcome visitor you can login or create an account.



Home » Documents

If you can not view PDF files, then install Adobe Reader.   If you can not unzip ZIP files, then install WinZip.

For printing drawings to scale, make sure your printer settings are for printing 100% size (sometimes called "full size" or "actuall size") and the correct paper sheet size is selected.

## Shopping Cart

0 item(s) - $0.00

## AR-15 Lower manual milling drawing

This drawing has the dimensions for manually machining the final operations (completing and making it a firearm) of the Optimus Defense AR-15 Lower.  Drawing is an 8.5x11" sheet size.

Download   This is PDF file.

## AR-15 Lower inspection drawing

This drawing has the dimensions for inspecting the final operations (completing it and making it a firearm) of the Optimus Defense AR-15 Lower.  Drawing is an 8.5x11" sheet size.

Download   This is PDF file.

## AR-15 Lower how-to guide for manual milling

These instructions will show step by step how to complete the final manual milling of the Optimus Defense AR-15 Lower.

Download   This is a PDF file.

## AR-15 Lower how-to guide for drill fixture

These instructions will show step by step how to complete an Optimus Defense AR-15 Lower using the Optimus Defense Drill Fixture.

Download   This is a PDF file.

## AR-15 Lower CAD model

This is a CAD model in STEP file format.  The model is a simplified version of the Optimus Defense AR-15 Lower, but contains the features necessary for CAM programming.

Download   This is a ZIP file.

## AR-15 Practice Block comparison drawing

This drawing shows the comparison of the Optimus Defense AR-15 Lower to the Practice Block. Drawing is an 8.5x11" sheet size.

Download   This is a PDF file.

## Free Targets

Comming soon.