# Ar-15 Lower Reciever

pinshape.com/items/38103-3d-printed-ar-15-lower-reciever

DrSail                                                                    August 21, 2017

Designed by   DrSail





◀

▶



























## Prints (1)

Upload a Print

-

  over 1 year ago
  XYZ Printing da Vinci 2.0 Duo

  3
  0
- Drag & Drop A Photo or
  Click To Browse

## Description

Ar15 Lower receiver. Dont change dimensions, just tilt on axis till fits in box.

## Design Files

## File Size

Ar15Lower_FP_Update.stl

2.39 MB

Ar15Lower_Update.stl

5.5 MB

Front_Snap_Pin.stl

293 KB

Rear_Snap_Pin.stl

35.1 KB

IMG_0089.JPG

3.2 MB

IMG_6725.JPG

1.47 MB

IMG_6741.jpg

2.02 MB

Print1.jpg

481 KB

Print2.jpg

477 KB

Print3.jpg

433 KB

snap_pin_alternative-2.jpg

1.55 MB

snap_pin_alternative.jpg

1.45 MB

vanguard_JT_FP_Update.jpg

159 KB

## Comments



Casey Hancock: Does it matter what filament you use?
Reply7 months ago



Matthew Sizemore: YES! do NOT use PLA. It might run thru a clip but it WILL break and you will most likely get hurt. use carbon fiber nylon or PC.
Reply5 months ago

 Post

Available for Download

Free

Download the design's source files for use on your own 3D printer.

CC - Attribution



Attribution

FREE

Report this design

## Downloaded this Design recently?

Drag & Drop A Photo or
Click To Browse

## Share

## Designs in I Like!!!

## More by DrSail

Tags