# Defense Distributed Takes 3D Gun Plans Offline, But They Can Be Found Here

Posted at 2:38 am on August 1, 2018 by Jennifer Van Laar

 Share On Facebook     Share On Twitter

After a federal judge in Washington State granted an injunction temporarily halting a Settlement Agreement between Defense Distributed and the United States Department of State from going into effect, Cody Wilson, founder of Defense Distributed, announced that his site has "gone dark."



**Cody R. Wilson**
@Radomysisky

By order of a federal judge in the Western District of Washington, DEFCAD.com is going dark.

9:01 PM - Jul 31, 2018

451    513 people are talking about this

Shortly after that, a new site, CodeIsFreeSpeech.com, mirrored Wilson's DEFCAD.com site. The site, a project of Firearms Policy Coalition, Firearms Policy Foundation, The Calguns Foundation, California Association of Federal Firearms Licensees, and unnamed individuals, was announced with a tweet from FPC.



 **Firearms Policy**
@gunpolicy

We published firearm-related machining info, code -- constitutionally protected speech -- at codeisfreespeech.com. Our statement at: codeisfreespeech.com/statement.html

TRENDING

1 The Amazing Story of How Trolling by Obama Gave Us Trump

2 Mueller Unloads Nothingburger Cases On US Attorney for Southern District of New York

3 The Swamp Tries to Stick it to Trump over Warren Casino, Fails

4 Report: The City of Dallas is Under-Funding the Police to the Point Where Life-Threatening Calls Go Unanswered

5 Heckling Jim Acosta Is as Much an Exercise of the First Amendment as Anything CNN Has Done Recently



*Heckling Jim Acosta Is as Much an Exercise of the First Amendment as Anything CNN Has Done Recently*

streiff



*Hugh Hewitt says ignore Trump's loathsome behavior and vote GOP*

stridentconservative



TRENDING

Conservatives in Trump
World Appear to
Support Kigali
Amendment

Dan Spencer

The site, according to its homepage, is:

> "[A] publicly-available Web site for truthful, non-
> misleading, non-commercial speech and information that
> is protected under the United States Constitution. The
> purpose of this project is to allow people to share
> knowledge and empower them to exercise their
> fundamental, individual rights. CodeIsFreeSpeech.com is a
> project of Firearms Policy Coalition, Firearms Policy
> Foundation, The Calguns Foundation, California
> Association of Federal Firearms Licensees, and a number
> of individuals who are passionate about the Constitution
> and individual liberties. We wish to thank Cody Wilson
> and Defense Distributed for their courage, passion,
> innovation, and inspiration."

The group's initial statement reiterates the participants'
position that the CAD files are protected under the First
Amendment because they are code, and that computer code
has been protected under the First Amendment as speech
for decades.

> "Our Constitution's First Amendment secures the right of
> all people to engage in truthful speech, including by
> sharing information contained in books, paintings, and
> files. Indeed, freedom of speech is a bedrock principle of
> our United States and a cornerstone of our democratic
> Republic. Through CodeIsFreeSpeech.com, we intend to
> encourage people to consider new and different aspects of
> our nation's marketplace of ideas – even if some
> government officials disagree with our views or dislike our
> content – *because information is code, code is free speech,
> and free speech is freedom.*"



*Injunction Granted in State AG's
Challenge to 3D Gun Printing
Settlement*

Jennifer Van Laar



*A Mouthful of Fake News: Shark
Week Beats CNN in the Ratings*

Alex Parker



*Making New York New: Now You
Can Smoke a Doobie on the
Street*

Alex Parker



*Jim Acosta Accosted; CNN Does
Not Stink -- So Says CNN*

Alex Parker

In addition to being available on the Code Is Free Speech site, CAD files containing the plans for 3D-printed guns have been available through various online sites throughout the pendency of the *Defense Distributed vs. US State Department* lawsuit and continue to be available.

The continuing availability of the CAD files online creates a gaping hole in the argument that the federal court order is the only thing preventing "irreparable harm" from being visited upon Plaintiffs.

Grab your popcorn and watch how this situation develops, because the groups behind this website are not known for backing down from a fight.

**f** Share On Facebook        **y** Share On Twitter


**RedState POLL**

Do you support Judge Kavanaugh's nomination to the Supreme Court?

Enter your email to vote

Yes ⌄

By entering your email and voting in our poll, you are also subscribing to the Redstate email newsletter. You can unsubscribe at any time.

Vote

TAGS:  3D GUN PRINTING    BRANDON COMBS

CODY WILSON    DEFENSE DISTRIBUTED

FIREARMS POLICY COALITION

FIREARMS POLICY FOUNDATION

SECOND AMENDMENT

# RECENT STORIES


**Report: The City of Dallas is Under-Funding the Police to**

the Point Where
Life-Threatening
Calls Go Unanswered

Brandon Morse



Mueller Unloads
Nothingburger
Cases On US
Attorney for
Southern District of
New York

streiff



The Name
Conspicuously
Absent During The
First Day Of
Manafort's Trial

Joe Cunningham

SHOW COMMENTS

RELATED STORIES



Injunction Granted in
State AG's Challenge
to 3D Gun Printing
Settlement

Jennifer Van Laar



BREAKING: Ninth
Circuit Just Made a
Second Amendment
Ruling That Will Leave
You Shaking Your
Head

streiff

TRENDING ON TOWNHALL
MEDIA







RedState

**Ted Cruz Slams Facebook for Banning Alex Jones: 'Who The Hell Made Facebook the Arbiter of Political Speech?'**

townhall.com

**Cruise Line Under Fire For Killing Polar Bear After It Wounded Employee**

bearingarms.com

**Why LeBron can say whatever he wants about politics - Hot Air**

hotair.com

**C. Theodore Hicks II. Articles - Political Columnist & Commentator**

finance.townhall.com

**Townhall**   **HOT AIR**   **BEARING ARMS**   **twitchy**   **RedState**   **Human Events**

Home        RS Gathering        Advertise        Newsletters        Privacy Policy        Terms of Use



*Copyright RedState.com. All Rights Reserved. Terms under which this service is provided to you*