IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and<br>SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 15-CV-372-RP |

DECLARATION OF ALAN GOTTLIEB

I, Alan Gottlieb, declare:

1.      I am a citizen of the United States and a resident of the state of Washington.

2.      I am the Executive Vice President of the Second Amendment Foundation, Inc. (SAF). SAF is a non-profit membership organization incorporated under the laws of Washington with its principal place of business in Bellevue, Washington. SAF has over 650,000 members and supporters nationwide, including Texas. The purposes of SAF include education, research, publishing and legal action focusing on the constitutional right to privately own and possess firearms, and the consequences of gun control.

3.      The issues raised by, and consequences of, Defendants' policies, are of great interest to SAF's constituency. Conn Williamson and Peter Versnel are members of SAF. Countless other law-abiding, responsible adult SAF members and supporters would access, study, share, modify, and learn from Defense Distributed's various files, as well as similar 3D printing files related to firearms that they or others have created. SAF members would create and share firearm 3-D printing files.

1

App. 6

4.     In furtherance of SAF's mission, and to serve its members and the public, SAF would publish and promote, on the Internet, the free distribution of Defense Distributed's various files, and allow its members and others to upload their own 3-D printing firearm-related files to SAF's servers for Internet publication. SAF is presently refraining from doing so only owing to the Government's interpretation of ITAR, including threats against Defense Distributed.

5.     SAF is proud to bring this action on behalf of its members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 7th day of May, 2015.

_____
Alan Gottlieb

2