**September 4, 2018**
**Declaration of Cody Wilson**

I, Cody Wilson, declare under penalty of perjury that the following statements are true and correct:

1.  Defense Distributed is a non-profit corporation organized under the laws of the State of Texas.

2.  Defense Distributed's principal place of business has always been Austin, Texas. The vast majority of Defense Distributed's activities, including research, design, development, manufacturing, and publishing, have always occurred in and around Austin. All of Defense Distributed's employees live in or near Austin.

3.  Defense Distributed publishes the websites defdist.org and defcad.com. Defense Distributed usually manages defdist.org and defcad.com from Austin. Defense Distributed usually uploads files to defcad.com from Austin.

4.  Defense Distributed and I prefer that any litigation related to Defense Distributed be conducted in the United States District Court for the Western District of Texas, Austin Division. The cost of traveling to court proceedings outside of Texas would present a financial hardship for me and Defense Distributed; and physical exhibits that may be used at a trial, such as exemplary 3D printers and associated technologies, would be difficult to transport outside of Texas.

5.  I co-founded Defense Distributed and have led its operations since 2012.

6.  I have resided and made my home in Austin since at least 2012.

7.  I executed this declaration on September 4, 2018.

Cody R. Wilson

1

Scanned with CamScanner