## DECLARATION OF CODY WILSON

I, Cody Wilson, declare:

1.  I am a citizen of the United States and a resident of Texas.

2.  I co-founded and now lead Defense Distributed.

3.  Defense Distributed maintains DEFCAD.com

4.  Each of the ten files posted by Defense Distributed on July 27, 2018 were already in the public domain before that date, as follows:

(1) The AR-15 assembly files were available at the following sites:

> Grabcad: https://grabcad.com/library/ar-15-m16-a1
> CNCguns: https://www.cncguns.com/downloads.html

(2) The VZ. 58 assembly files were available at the following site:

> Grabcad: https://grabcad.com/library/vz-58-rifle-1

(3) The AR-10 assembly files were available at the following site:

> Grabcad: https://grabcad.com/library/ar-10-battle-rifle-7-62x51mm-1

(4) The Liberator pistol assembly files were available at the following sites:

> Grabcad: https://grabcad.com/library/liberator-guns-full-1

> PirateBay:
> https://thepiratebay.org/torrent/8444391/DefDist_Liberator_Pistol

(5) The Beretta M9 assembly files were available at the following sites:

> Grabcad: https://grabcad.com/library/beretta-92fs

(6) The 1911 assembly files were available at the following sites:

> Grabcad: https://grabcad.com/library/colt-m1911-a1-2
> CNCguns: https://www.cncguns.com/downloads.html

1000002.1

Scanned with CamScanner

(7) The 10/22 assembly files were available at the following sites:

> Grabcad: https://grabcad.com/library/ruger-10-22-1
> CNCguns: https://www.cncguns.com/downloads.html

(8)   The Ghost Gunner 2 assembly files (not ITAR-controlled) were available at the following site:

> Ghost Gunner: https://ghostgunner.net/downloads/

(9) The 308 80% lower model files were available at the following site:

> CNCguns: https://www.cncguns.com/downloads.html

(10)   The AR-15 80% lower model files were available at the following sites:

> Grabcad: https://grabcad.com/library/mil-spec-ar-15-lower
> CNCguns: https://www.cncguns.com/downloads.html

I declare under penalty of perjury that the foregoing is true and correct.

This the 15th day of August, 2018.

Cody Wilson

Scanned with CamScanner