IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and | § | Case No. _____ |
| SECOND AMENDMENT FOUNDATION, INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

DECLARATION OF CONN WILLIAMSON

I, Conn Williamson, declare:

1.      I am a citizen of the United States and a resident of the state of Washington.

2.      I am over the age of 21, am not under indictment, have never been convicted of a felony or misdemeanor crime of domestic violence, am not a fugitive from justice, am not an unlawful user of or addicted to any controlled substance, have never been adjudicated a mental defective or committed to a mental institution, have never been discharged from the Armed Forces under dishonorable conditions, have never renounced my citizenship, and have never been the subject of a restraining order relating to an intimate partner.

3.      I am a member of the Second Amendment Foundation.

4.      I have a keen interest in accessing, studying, sharing, modifying, and learning from Defense Distributed's various files, including files related to the Liberator handgun, as well as similar 3D printing files related to firearms that Defense Distributed or others have created. I am also interested in creating and sharing with others my own firearm 3-D printing files.

App. 8

5.      I have sought to download firearm files from Defense Distributed, but could not locate them on Defense Distributed's website. I understand those files were taken down owing to threats issued by government officials. Such threats also dissuade me from publishing any 3-D firearm printing files that I might create. But for the government's threats of arrest and prosecution, I would access and share 3-D printing files related to firearms.

I declare under penalty of perjury that the foregoing is true and correct.

This the 6 day of May, 2015.

Conn Williamson