**April 29, 2021 Declaration of Charles Flores**

I, Charles ("Chad" Flores), declare under penalty of perjury that the following is true and correct:

1. I am an attorney and partner at the law firm of Beck Redden LLP in Houston, Texas. I am licensed to practice law by the State of Texas and board certified in Civil Appellate Law by the Texas Board of Legal Specialization. I represent Defense Distributed and the Second Amendment Foundation, Inc. as lead counsel and counsel of record in a nationwide portfolio of litigation about speech, firearms, 3D printing, and digital firearms information, including but not limited to *Defense Distributed et al. v. Grewal et al.*, No. 1:18-cv-637-RP (W.D. Tex.), and its appeals.

2. In accordance with Local Rule CV-7(d), Plaintiffs Defense Distributed and the Second Amendment Foundation, Inc. are submitting an appendix in support of this action's forthcoming motions, which this declaration is a component of. The following Plaintiffs' Exhibits are true and correct copies of the matter indicated:

| | |
|---|---|
| Plaintiffs' Exhibit 1 | May 8, 2013 letter from the United States Department of State to Defense Distributed |
| Plaintiffs' Exhibit 2 | June 21, 2013 letter from Williams Mullen LLP to the United States Department of State |
| Plaintiffs' Exhibit 3 | September 2, 2014 letter from the Department of Defense to Defense Distributed |
| Plaintiffs' Exhibit 4 | September 25, 2014 letter from Defense Distributed to the Department of Defense |
| Plaintiffs' Exhibit 5 | October 9, 2014 letter from Defense Distributed to the Department of Defense |
| Plaintiffs' Exhibit 6 | October 9, 2014 letter from Defense Distributed to the Defense Office of Prepublication and Security Review |
| Plaintiffs' Exhibit 7 | October 23, 2014 letter from Defense Distributed to the Defense Office of Prepublication and Security Review |
| Plaintiffs' Exhibit 8 | January 2, 2015 Letter from Matthew A. Goldstein, PLLC to the Office of Defense Trade Controls |
| Plaintiffs' Exhibit 9 | January 5, 2015 Letter from Matthew A. Goldstein, PLLC to the Office of Defense Trade Controls |
| Plaintiffs' Exhibit 10 | April 15, 2015 Letter from the United States Department of State to Defense Distributed |

| Plaintiffs' Exhibit 11 | June 4, 2015 Letter from the United States Department of State to Defense Distributed |
|---|---|
| Plaintiffs' Exhibit 13 | June 29, 2018 Settlement Agreement between Defense Distributed, Second Amendment Foundation, Inc., Conn Williamson, the United States Department of State, the Secretary of State, the Directorate of Defense Trade Controls, the Deputy Assistant Secretary, Defense Trade Controls, and the Director, Office of Defense Trade Controls Policy |
| Plaintiffs' Exhibit 14 | July 10, 2018 Wired Magazine Article |
| Plaintiffs' Exhibit 15 | July 26, 2018 Letter from Gurbir Grewal to Defense Distributed |
| Plaintiffs' Exhibit 16 | July 27, 2018 Letter from the United States Department of State to Cody Wilson, Defense Distributed, and the Second Amendment Foundation |
| Plaintiffs' Exhibit 17 | July 27, 2010 "Temporary Modification" posted to https://www.pmddtc.state.gov/?id=ddtc_public_portal_homepage |
| Plaintiffs' Exhibit 18 | July 30, 2018 Letter from Maura Healey to Mike Pompeo and Jeff Sessions |
| Plaintiffs' Exhibit 19 | September 16, 2018 version of the website indicated in the footer |
| Plaintiffs' Exhibit 20 | July 30, 2018 letter from Gurbir Grewal to Cloudflare |
| Plaintiffs' Exhibit 21 | July 30, 2018 letter from Gurbir Grewal to DreamHost |
| Plaintiffs' Exhibit 23 | March 2, 2021 version of the website indicated in the footer |
| Plaintiffs' Exhibit 24 | August 2, 2018 letter from the Department of Justice to Jeff Sprung |
| Plaintiffs' Exhibit 25 | August 2, 2018 email from Todd Bowers to Arron Goldstein and others. |
| Plaintiffs' Exhibit 26 | August 10, 2018 letter from Maura Healey to Mike Pompeo and Jeff Sessions |
| Plaintiffs' Exhibit 29 | August 30 letter from Janine Matton to Daniel Schmutter |

| | |
|---|---|
| Plaintiffs' Exhibit 30 | September 4, 2018 Letter from Daniel Schmutter to Janine Matton |
| Plaintiffs' Exhibit 31 | December 1, 2018 version of the website indicated in the footer |
| Plaintiffs' Exhibit 33 | January 15, 2020 Letter from Matthew Goldstein to Eric Soskin |
| Plaintiffs' Exhibit 34 | February 11, 2020 Letter from Matthew Goldstein to Eric Soskin |
| Plaintiffs' Exhibit 35 | March 7, 2020 version of a Department of State webpage |
| Plaintiffs' Exhibit 36 | March 9, 2020 Department of Commerce Notice |
| Plaintiffs' Exhibit 37 | March 3, 2018 version of a defcad.com webpage |
| Plaintiffs' Exhibit 38 | March 3, 2018 version of a defcad.com webpage |
| Plaintiffs' Exhibit 39 | April 13, 2020 letter from Bob Ferguson to Michael Pompeo and William Barr |
| Plaintiffs' Exhibit 40 | April 29, 2020 Letter from Matthew Goldstein to Eric Soskin |
| Plaintiffs' Exhibit 43 | May 6, 2013 Guardian Article |
| Plaintiffs' Exhibit 44 | May 6, 2013 Guardian Article |
| Plaintiffs' Exhibit 45 | August 23, 2018 Forbes Article |
| Plaintiffs' Exhibit 46 | November 27, 2018 version of the website indicated in the footer |
| Plaintiffs' Exhibit 47 | November 27, 2018 version of the website indicated in the footer |
| Plaintiffs' Exhibit 48 | November 27, 2018 version of the website indicated in the footer |
| Plaintiffs' Exhibit 49 | November 27, 2018 version of the website indicated in the footer |

| Plaintiffs' Exhibit 50 | November 27, 2018 version of the website indicated in the footer |
| Plaintiffs' Exhibit 51 | August 27, 2018 edition of the Liberator Code Book |
| Plaintiffs' Exhibit 52 | Version of the webpage indicated in the footer as of the date indicated in the header |
| Plaintiffs' Exhibit 55-122 | Version of the webpage indicated in the footer as of the date indicated in the header |

3.  I executed this declaration on April 29, 2021.

_C W Fl_

_____

Charles ("Chad") Flores