**May 28, 2021**
**Declaration of Cody Wilson**

I, Cody R. Wilson, declare under penalty of perjury that the following statements are true

and correct:

1.    I co-founded Defense Distributed and have led its operations since 2012.

2.    Defense Distributed is a non-profit corporation organized under the laws of the State of Texas.  Defense Distributed is organized to publish and distribute to the Internet, at no cost and in the promotion of the public interest, information and knowledge regarding the fabrication of firearms.

3.    To that end, Defense Distributed has published, is publishing, and intends to continue publishing a wide variety of important digital firearms information to the American public.

4.    The digital firearms information that Defense Distributed has published, is publishing, and intends to continue publishing is an important expression of technical, scientific, artistic, and political matter.  I know this is true if only because Gurbir Grewal would suppress it. Each and every computer file at issue has these values in the abstract, apart from any application that the information's recipient might choose to devote it to.

5.    The digital firearms information that Defense Distributed has published, is publishing, and intends to continue publishing is accurately described by paragraphs of 43 through 52 of Plaintiffs' Second Amended Complaint in *Defense Distributed et al. v. Grewal et al.*, No. 1:18-cv-00637-RP (W.D. Tex.).

6.    Defense Distributed's Publications.

    a)    From approximately December 2012 to May 2013, Defense Distributed published a substantial set of computer files with digital firearms information to DEFCAD by letting any site visitor download them directly for free.  Defense Distributed's 2012–2013 Publications are accurately described by paragraphs of 53 through 54 of Plaintiffs' Second Amended Complaint in *Defense Distributed et al. v. Grewal et al.*, No. 1:18-cv-00637-RP (W.D. Tex.).

    b)    In July 2018, Defense Distributed published a substantial set of computer files with digital firearms information to DEFCAD by letting any site visitor download them directly for free. Defense Distributed's July 2018 Publications are accurately described by paragraphs 55 through 57 of Plaintiffs' Second Amended Complaint in *Defense Distributed et al. v. Grewal et al.*, No. 1:18-cv-00637-RP (W.D. Tex.).

    c)    From approximately August 2018 to November 2018, Defense Distributed distributed a substantial set of computer files with digital firearms information via the mail by making its computer files available for shipment on physical storage devices. Defense Distributed's August-November 2018 Publications are accurately described by

paragraphs 58 through 60 of Plaintiffs' Second Amended Complaint in *Defense Distributed et al. v. Grewal et al.*, No. 1:18-cv-00637-RP (W.D. Tex.).

d) From March 27, 2020, to present (except for the April 2021 period described below), Defense Distributed published a substantial set of computer files with digital firearms information via defcad.com for access by U.S. persons in the United States only. Defense Distributed's 2020-2021 Publications are accurately described by paragraphs 61 through 67 of Plaintiffs' Second Amended Complaint in *Defense Distributed et al. v. Grewal et al.*, No. 1:18-cv-00637-RP (W.D. Tex.).

e) For several days in April 2021, Defense Distributed published a large set of important computer files with digital firearms information regarding 3D-printed firearms to defcad.com for free download by the public ("the April 2021 Files"). Defense Distributed's April 2021 Publications are accurately described by the April 30, 2021 Declaration of Cody Wilson, which is filed as Document 148-074 in *Defense Distributed et al. v. Grewal et al.*, No. 1:18-cv-00637-RP (W.D. Tex.).

f) In the immediate future, Defense Distributed will continue to create, obtain, edit, and possess new files that are substantially similar in form and function to the files of its prior publications.

7. Grewal's Censorship

a) Gurbir Grewal's imminent threats of adverse legal action have stopped Defense Distributed from publishing—both on defcad.com for free and direct download and via the mail—all of the aforementioned existing files to residents of and persons in the State of New Jersey who do not possess a federal firearms license.

b) Were it not for Gurbir Grewal's imminent threats of adverse legal action, Defense Distributed would now be publishing—both on defcad.com for free and direct download and via the mail—all of the aforementioned existing files to persons in the State of New Jersey who do not possess a federal firearms license.

c) Gurbir Grewal's imminent threats of adverse legal action will stop Defense Distributed from publishing—both on defcad.com for free and direct download and via the mail— the immediately forthcoming files mentioned above to residents of and persons in the State of New Jersey who do not possess a federal firearms license.

d) Were it not for Gurbir Grewal's imminent threats of adverse legal action, Defense Distributed would now be publishing—both on defcad.com for free and direct download and via the mail—the immediately forthcoming files mentioned above to persons in the State of New Jersey who do not possess a federal firearms license.

8. I executed this declaration on May 28, 2021.

Cody R. Wilson

2 of _2_