# United States Court of Appeals
## for the Fifth Circuit

_____

No. 19-50723

_____

DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INCORPORATED,

*Plaintiffs—Appellants*,

*versus*

GURBIR S. GREWAL, ATTORNEY GENERAL OF NEW JERSEY, IN HIS OFFICIAL CAPACITY,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-637

_____

Before JONES, ELROD, and HIGGINSON, *Circuit Judges*

ORDER:

IT IS ORDERED that that appellee's opposed motion to withdraw the petition for rehearing en banc and issue the mandate forthwith is GRANTED.

The motion for injunction pending appeal is DENIED as moot.

IT IS FURTHER ORDERED that any future requests for appellate relief shall be directed to the panel consisting of Judges JONES, ELROD, and HIGGINSON.