IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and<br>SECOND AMENDMENT<br>FOUNDATION,<br><br>   v.<br><br>THE UNITED STATES | §<br>§<br>§<br>§<br>§<br>§ | Case No. 23-849 C |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR RESPONSE TO THE MOTION TO DISMISS**

## MOTION

Plaintiffs file this unopposed motion for a 30-day enlargement of time to file Plaintiff's response to the Defendants' motion to dismiss, Doc. 193. That response is currently due by November 16, 2023. The motion requests a deadline enlargement of 30 days, which would make this filing due on or before December 18, 2023. Plaintiffs have filed no previous motions for enlargement. The government does not oppose the motion's requested relief.

Good cause to grant this motion exists because of counsel's responsibilities to other litigation matters. In particular, counsel has been occupied with lead counsel representation for original appellate proceedings in *In re TikTok, Inc.*, No. 23-50575 in the United States Court of Appeals for the Fifth Circuit; lead counsel representation for appellate proceedings in *Papin v. University of Mississippi Medical Center*, No. 23-60316 in the United States Court of Appeals for the Fifth Circuit; lead counsel representation for preliminary injunction proceedings in *Second Amendment Foundation, et al. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives et al.*, No. 3:21-cv-00116-B in the United States District Court for the Northern District of Texas; and lead counsel representation for Rule 12 dismissal proceedings in *Defense Distributed et al v. Matthew Platkin*, Acting New Jersey Attorney General, No. 3:21-cv-9867 in the United States District Court for the District of New Jersey. Good cause also exists because the case entails a high degree of complexity, as the government agreed when seeking its own extension, *see* Doc. 191 at 2.

## CONCLUSION

For these reasons, Plaintiffs respectfully request that the Court issue an order enlarging their time to file a response to the motion to dismiss, Doc. 193, by 30 days so that it runs to an includes December 18, 2023.

Respectfully submitted,

By /s/ Chad Flores
Chad Flores
cf@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, TX 77002
(713) 364-6640

Counsel for Plaintiffs Defense Distributed and Second Amendment Foundation, Inc.

3