IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and<br>SECOND AMENDMENT<br>FOUNDATION,<br><br>v.<br><br>THE UNITED STATES | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 23-849 C |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR RESPONSE TO THE MOTION TO DISMISS**

## MOTION

Plaintiffs file this unopposed motion for a 30-day enlargement of time to file Plaintiff's response to the Defendants' motion to dismiss, Doc. 193. That response is currently due by December 18, 2023. The motion requests a deadline enlargement of 30 days, which would make this filing due on or before January 17, 2024. Plaintiffs have filed no previous motions for enlargement. The government does not oppose the motion's requested relief.

Good cause to grant this motion exists because of counsel's responsibilities to other litigation matters. In particular, counsel has been occupied with lead counsel representation for appellate proceedings in *Papin v. University of Mississippi Medical Center*, No. 23-60316 in the United States Court of Appeals for the Fifth Circuit, lead counsel representation for appellate proceedings in *Second Amendment Foundation, et al. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives et al.*, No. 23-11157 in the United States Court of Appeals for the Fifth Circuit, lead counsel representation for appellate proceedings in *Defense Distributed et al v. New Jersey Attorney General*, No. 23-2058 in the United States Court of Appeals for the Third Circuit, and lead counsel representation for appellate proceedings in *Azteca Int'l v. Ruiz*, No. 23-0044 in the Supreme Court of Texas. Good cause also exists because the case entails a high degree of complexity, as the government agreed when seeking its own extension, *see* Doc. 191 at 2.

## CONCLUSION

For these reasons, Plaintiffs respectfully request that the Court issue an order enlarging their time to file a response to the motion to dismiss, Doc. 193, by 30 days so that it runs to and includes January 17, 2024.

Respectfully submitted,

By /s/ Chad Flores
Chad Flores
cf@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, TX 77002
(713) 364-6640

Counsel for Plaintiffs Defense Distributed and Second Amendment Foundation, Inc.